# EXHIBIT A

 **AXA EQUITABLE**

# AXA Equitable Term 20

### A Renewable Term Life Insurance Policy

## POLICY SUMMARY

**CHRISTOPHER M DAWSON**
*Insured*

**CHRISTOPHER M DAWSON**
*Owner*

**DONNE F DAWSON**
*Beneficiary*

| | | |
|---|---|---|
| **April 13, 2007**<br>*Register Date* | **$183.42**<br>*Initial Premium* | **Monthly**<br>*Premium Frequency* |
| **107 003 744**<br>*Policy Number* | **$2,000,000**<br>*Initial Death Benefit* | **April 13, 2059**<br>*Term Coverage Expiry Date* |
| **April 13, 2022**<br>*Final Conversion Date* | | **None**<br>*Riders* |

---

Your AXA Equitable Term 20 policy is a renewable term policy with premiums that are level for the first 20 policy years. Your policy is convertible to a permanent plan of insurance for the same amount of coverage, without evidence of insurability on or before April 13, 2022 .
If you convert your policy, you will receive a conversion credit toward the initial premium on your new permanent policy.

---

This summary highlights some of your policy's key features and the services we provide. It is intended to provide only a brief overview of your policy and therefore does not represent nor amend the terms and conditions that apply under your policy.

AXA Equitable Term 20 is issued by AXA Equitable Life Insurance Company and distributed by AXA Advisors, LLC, New York, NY 10104 .
AXA Equitable Term 20 is a service mark of AXA Equitable Life Insurance Company.



**AXA EQUITABLE**

*AXA Equitable Term 20*SM
*LIFE INSURANCE QUOTE*

## Guaranteed Values And Benefits Page

### Prepared For: CHRISTOPHER DAWSON 107003744

### Policy Death Benefit: 2,000,000

| POLICY YEAR | AGE | GUARANTEED ANNUALIZED POLICY PREMIUM | POLICY YEAR | AGE | GUARANTEED ANNUALIZED POLICY PREMIUM | POLICY YEAR | AGE | GUARANTEED ANNUALIZED POLICY PREMIUM |
|---|---|---|---|---|---|---|---|---|
| 1 | 44 | 2,201 | 26 | 69 | 114,384 | 51 | 94 | 1,114,878 |
| 2 | 45 | 2,201 | 27 | 70 | 124,193 | 52 | 95 | 1,213,456 |
| 3 | 46 | 2,201 | 28 | 71 | 136,115 | | | |
| 4 | 47 | 2,201 | 29 | 72 | 149,432 | | | |
| 5 | 48 | 2,201 | 30 | 73 | 166,915 | | | |
| 6 | 49 | 2,201 | 31 | 74 | 185,363 | | | |
| 7 | 50 | 2,201 | 32 | 75 | 204,774 | | | |
| 8 | 51 | 2,201 | 33 | 76 | 225,992 | | | |
| 9 | 52 | 2,201 | 34 | 77 | 249,139 | | | |
| 10 | 53 | 2,201 | 35 | 78 | 276,000 | | | |
| 11 | 54 | 2,201 | 36 | 79 | 307,374 | | | |
| 12 | 55 | 2,201 | 37 | 80 | 343,592 | | | |
| 13 | 56 | 2,201 | 38 | 81 | 383,093 | | | |
| 14 | 57 | 2,201 | 39 | 82 | 420,850 | | | |
| 15 | 58 | 2,201 | 40 | 83 | 461,890 | | | |
| 16 | 59 | 2,201 | 41 | 84 | 508,142 | | | |
| 17 | 60 | 2,201 | 42 | 85 | 558,703 | | | |
| 18 | 61 | 2,201 | 43 | 86 | 612,425 | | | |
| 19 | 62 | 2,201 | 44 | 87 | 668,239 | | | |
| 20 | 63 | 2,201 | 45 | 88 | 725,654 | | | |
| 21 | 64 | 70,327 | 46 | 89 | 783,521 | | | |
| 22 | 65 | 78,166 | 47 | 90 | 842,618 | | | |
| 23 | 66 | 86,826 | 48 | 91 | 903,768 | | | |
| 24 | 67 | 96,101 | 49 | 92 | 967,995 | | | |
| 25 | 68 | 104,904 | 50 | 93 | 1,037,394 | | | |

Premiums are assumed to be paid at the beginning of the payment period.
The age shown is as of the end of the policy year.

THIS QUOTE IS NOT COMPLETE WITHOUT ALL NUMBERED PAGES
THIS QUOTE IS NOT PART OF THE LIFE INSURANCE POLICY OR CONTRACT

GE 37446 (01/07)
Male Preferred Elite Non-Tobacco User Age 43
Riders: None
Prepared on: April 13, 2007
For Presentation in: Hawaii

Prepared by: National Operations Center
Initial Face Amount: $2,000,000.00
Initial Monthly Premium = $183.42
Form # 147-20
04-3.1.0.17-02-28-W

AXA Equitable Life Insurance Company
1290 Ave. of the Americas, New York, NY 10104 (212) 554-1234

*Christopher M. Condron*
*President and Chief Executive Officer*

 **AXA EQUITABLE**

April 13, 2007

CHRISTOPHER M DAWSON

HONOLULU HI 96822

Dear Policyowner:                    Re: Policy No.:  107 003 744
                                     Insured:   CHRISTOPHER M DAWSON

We are pleased to welcome you to AXA Equitable Life Insurance Company (AXA Equitable). At AXA Equitable our aim is to help you achieve your financial goals. Enclosed is the AXA Equitable Term 20 policy you recently purchased and a summary of its key features and the services we provide. A Life Insurance Buyers Guide that answers many common questions about life insurance is also included. Please be sure to review these important documents with your financial professional.

You have purchased a level term policy with premiums that will remain the same for the first 20 policy years. After that time, the premiums will increase each year to the policy anniversary nearest the Insured's 95th birthday. An important feature of your policy is the conversion privilege. This valuable provision allows you to exchange your term policy for an equal amount of permanent insurance without providing evidence of insurability in the future when your health may have changed. You may convert this policy until  April 13, 2022.  If you choose to convert, you are guaranteed to receive a conversion credit that will help reduce the initial premium on your new permanent policy.

Your financial goals are very important to us. Please feel free to contact your financial professional or our customer service help line if you have any questions about your policy. Our customer service representatives can be reached at  1-888-855-5100, Monday through Friday, from 8:00 A.M. to 6:00 P.M., Eastern time.

Once again, welcome to AXA Equitable. We look forward to serving you in the future.

Sincerely,

Christopher M. Condron

# NOTICE CONCERNING COVERAGE LIMITATIONS AND EXCLUSIONS UNDER THE HAWAII LIFE AND DISABILITY INSURANCE GUARANTY ASSOCIATION ACT

Residents of Hawaii who purchase life insurance, annuities or disability insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Hawaii Life and Disability Insurance Guaranty Association. The purpose of this association is to assure that policy-holders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the Guaranty Association is not unlimited, however. And, as noted in the box below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

## DISCLAIMER

**The Hawaii Life and Disability Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in Hawaii. You should not rely on coverage by the Hawaii Life and Disability Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy.**

**Coverage is *NOT* provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus.**

**Insurance companies or their agents are required by law to give or send you this notice. *However, insurance companies and their agents are prohibited by law from using the existence of the guaranty association to induce you to purchase any kind of insurance policy.***

**The Hawaii Life and Disability Insurance Guaranty Association**
**P.O. Box 4068**
**Honolulu, Hawaii 96812**

**Department of Commerce & Consumer Affairs**
**Insurance Division**
**P.O. Box 3614**
**Honolulu, Hawaii 96811**

The state law that provides for this safety-net coverage is called the Hawaii Life and Disability Insurance Guaranty Association Act. Below is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the act or the rights or obligations of the Guaranty Association.

(please turn to back of page)

## COVERAGE

Generally, individuals will be protected by the Hawaii Life and Disability Insurance Guaranty Association if they live in this state and hold a life or disability insurance contract, or an annuity, or if they are insured under a group insurance contract, issued by a member insurer. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

## EXCLUSIONS FROM COVERAGE

However, persons holding such policies are not protected by the Guaranty Association if:

- they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state); or

- the insurer was not a member of the Guaranty Association. A nonprofit hospital or medical service organization (the "Blues"), an HMO, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policy-holder is subject to future assessments, or an insurance exchange are examples of nonmember insurers.

The Guaranty Association also does **not** provide coverage for:

- any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;

- any policy of reinsurance (unless an assumption certificate was issued);

- interest rate yields that exceed an average rate;

- dividends;

- credits given in connection with the administration of a policy by a group contract holder;

- employers' plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them);

- unallocated annuity contracts (which give rights to group contractholders, not individuals).

## LIMITS ON AMOUNT OF COVERAGE

The act also limits the amount the Guaranty Association is obligated to pay out: The Guaranty Association cannot pay more than what the insurance company would owe under a policy or contract. Also, for any one insured life, the Guaranty Association will pay a maximum of $300,000 - no matter how many policies and contracts there were with the same company, even if they provided different types of coverages. Within this overall $300,000 limit, the Association will not pay more than $100,000 in cash surrender values, $100,000 in disability insurance benefits, $100,000 in present value of annuities, or $300,000 in life insurance death benefits - again, no matter how many policies and contracts there were with the same company, and no matter how many different types of coverages.



**AXA EQUITABLE**

# AXA Equitable Term 20

### A Renewable Term Life Insurance Policy

## POLICY SUMMARY

**CHRISTOPHER M DAWSON**
*Insured*

**CHRISTOPHER M DAWSON**
*Owner*

**DONNE F DAWSON**
*Beneficiary*

| | | |
|---|---|---|
| **April 13, 2007**<br>*Register Date* | **$183.42**<br>*Initial Premium* | **Monthly**<br>*Premium Frequency* |
| **107 003 744**<br>*Policy Number* | **$2,000,000**<br>*Initial Death Benefit* | **April 13, 2059**<br>*Term Coverage Expiry Date* |
| **April 13, 2022**<br>*Final Conversion Date* | | **None**<br>*Riders* |

Your AXA Equitable Term 20 policy is a renewable term policy with premiums that are level for the first 20 policy years. Your policy is convertible to a permanent plan of insurance for the same amount of coverage, without evidence of insurability on or before  April 13, 2022 .
If you convert your policy, you will receive a conversion credit toward the initial premium on your new permanent policy.

This summary highlights some of your policy's key features and the services we provide. It is intended to provide only a brief overview of your policy and therefore does not represent nor amend the terms and conditions that apply under your policy.

AXA Equitable Term 20 is issued by AXA Equitable Life Insurance Company and distributed by AXA Advisors, LLC, New York, NY 10104 .
AXA Equitable Term 20 is a service mark of AXA Equitable Life Insurance Company.

EDLF01024

# ABOUT AXA EQUITABLE AND YOUR
# AXA EQUITABLE TERM 20 LIFE POLICY

## AXA EQUITABLE

AXA Equitable Life Insurance Company (AXA Equitable), established in 1859, is a provider of insurance and annuity products designed to meet client needs and changing life situations. For more than a century, high quality insurance and annuity products have been the hallmark of AXA Equitable. Innovative from the start, we have continued to meet the changing needs of the marketplace. In 1976, we pioneered variable life insurance. AXA Equitable is among the nation's leading providers of life and annuity products. We are a respected leader in the financial industry.

## AXA Equitable Term 20

Congratulations on your purchase of an AXA Equitable Term 20 life insurance policy. With your purchase you have taken a key step towards providing financial security for your heirs.

Our goal now is to help you make the most of your policy. See "Services We Provide" at the end of your personalized summary.

AXA Equitable Term 20 is issued by AXA Equitable Life Insurance Company and distributed by AXA Advisors, LLC, New York, NY 10104 .

AXA Equitable Term 20 is a service mark of AXA Equitable Life Insurance Company.

# KEY FEATURES

For your convenience we are summarizing some of the important features of your policy. Please see your policy for more complete information on these features and other benefits of the coverage you have purchased.

## YOUR POLICY'S DEATH BENEFIT

Your term policy provides a level death benefit equal to the face amount of your policy. If the Insured dies while the policy is in force, we pay a death benefit equal to the policy's face amount, plus any other benefits due from riders, plus or minus any adjustment for the last premium.

## PREMIUMS

Premium payments are guaranteed level for the first 20 policy years, then increase each year to the policy anniversary nearest the Insured's age 95 . You must pay your regularly scheduled premium when due to keep your coverage in force. The amount of your premium and the payment frequency are shown in your policy and on the Policy Summary sheet. If you pay premiums other than annually, your total premium outlay will be more than if you pay premiums annually. You may change the frequency of your premium payment at anytime by submitting a written request to our administrative office.

## POLICY VALUES

Your term policy does not have a cash value or provide a value upon policy lapse, nor is it eligible to earn a dividend.

## CONVERTING YOUR POLICY TO PERMANENT LIFE INSURANCE

You may convert your policy to an equal amount of permanent insurance without submitting evidence of insurability. The conversion must take place before the earlier of the 15th policy anniversary or the policy anniversary nearest the Insured's 70th birthday. You may convert your term policy to any permanent plan of insurance we offer on the date of exchange. The premiums for the new policy will be based on the Insured's age and the rates in effect at the time of the conversion. They will also be based on the same risk class as the term policy or the closest comparable risk class.

## TERM CONVERSION CREDIT

You will receive a conversion credit if you convert your term policy to a new permanent policy as described above. The conversion credit, which is guaranteed, will help reduce the initial premium on your new policy.

# SERVICES WE PROVIDE

## MEETING YOUR NEEDS

As changes occur, you may need to review or update your policy information or find out about the requirements for converting your policy to permanent coverage. We can help.

## PERSONAL CONSULTATION

Your financial professional can be your direct link with AXA Equitable. Call your financial professional when major life changes occur that may impact your financial strategy. He/she can help you evaluate your overall financial picture and the impact certain life changes can have on your coverage. Your financial professional is there to help you stay on track to meet your future financial goals.

## PERSONAL SERVICE AND INFORMATION

### *Customer Service Representatives*

You may need to make routine changes to your account information. If this is the case, call our customer service representatives at our toll free number below. They are available Monday through Friday, from 8:00 A.M. to 6:00 P.M., Eastern time. They can answer your questions about financial transactions, policy provisions and the processing requirements for any changes you may request, such as change of owner or beneficiary. They can also update information (including a change of address) and provide you with the necessary forms to make changes that require your signature.

### *Life Insurance Information Line*

By dialing our toll free number below from your touch-tone telephone, you can obtain up-to-date information on your policy. This service is available 22 hours a day, from 6:00 A.M. to 4:00 A.M., Eastern time.

### *On the Internet*

We're on the Internet - our newest way to access timely information about both your policy and AXA Equitable. At our website, http://www.axa-equitable.com, simply click on EQAccess. Before you can obtain information about your specific policy, you will need to set up a password (for security purposes). After that, you'll be able to get current values for any policies you may have with AXA Equitable.

**HOW TO CONTACT US**

| | |
|---|---|
| **Customer Service Representative** | 1-888-855-5100 (toll free) |
| **Life Insurance Information Line** | 1-888-855-5100 (toll free) |
| **Internet** | (http://www.axa-equitable.com)<br>Click on EQAccess |
| **By Mail at the P.O. Box for our**<br>**Administrative Office:** | AXA Equitable National Operations Center<br>P.O. Box 1047<br>Charlotte, NC 28201-1047 |
| **By Express Delivery at the Street Address**<br>**for our Administrative Office:** | AXA Equitable National Operations Center<br>10840 Ballantyne Commons Parkway<br>Charlotte, NC 28277-4692<br>(704) 341 - 7000 |
| **By Fax** | (704) 540-9714 |

**NOTICES YOU WILL RECEIVE**

We will send you a billing notice shortly before your premium is due. You should review this notice carefully and notify us immediately of any discrepancies. If your premium is not received by its due date, your policy will lapse. You will receive a lapse notice if this happens. You must pay the amount due by the date specified in the lapse notice or your coverage will terminate without value.

# Life Insurance Buyer's Guide

This guide can help you when you shop for life insurance. It discusses how to:

- Find a Policy That Meets Your Needs and Fits Your Budget

- Decide How Much Insurance You Need

- Make Informed Decisions When You Buy a Policy

*Prepared by the National Association of Insurance Commissioners*

The National Association of Insurance Commissioners is an association of state insurance regulatory officials. This association helps the various insurance departments to coordinate insurance laws for the benefit of all consumers.

This guide does not endorse any company or policy.

Reprinted by . . .
AXA Equitable Life Insurance Company

---

### IMPORTANT THINGS TO CONSIDER

1. Review your own insurance needs and circumstances. Choose the kind of policy that has benefits that most closely fit your needs. Ask an agent or company to help you.

2. Be sure that you can handle premium payments. Can you afford the initial premium? If the premium increases later and you still need insurance, can you still afford it?

3. Don't sign an insurance application until you review it carefully to be sure all the answers are complete and accurate.

4. Don't buy life insurance unless you intend to stick with your plan. It may be very costly if you quit during the early years of the policy.

5. Don't drop one policy and buy another without a thorough study of the new policy and the one you have now. Replacing your insurance **may be costly.**

6. Read your policy carefully. Ask your agent or company about anything that is not clear to you.

7. Review your **life insurance** program with your agent or company every few years to keep up with changes in your income and your needs.

---

- 2 -

## Buying Life Insurance

When you buy **life insurance**, you want coverage that fits your needs.

**First,** decide how much you need—and for how long—and what you can afford to pay. Keep in mind the major reason you buy **life insurance** is to cover the financial effects of unexpected or untimely death. **Life insurance** can also be one of many ways you plan for the future.

**Next,** learn what kinds of policies will meet your needs and pick the one that best suits you.

**Then,** choose the combination of policy premium and benefits that emphasizes protection in case of early death, or benefits in case of long life, or a combination of both.

It makes good sense to ask a life insurance agent or company to help you. An agent can help you review your insurance needs and give you information about the available policies. If one kind of policy doesn't seem to fit your needs, ask about others.

This guide provides only basic information. You can get more facts from a life insurance agent or company or from your public library.

## What About the Policy You Have Now?

If you are thinking about dropping a life insurance policy, here are some things you should consider:

- If you decide to replace your policy, don't cancel your old policy until you have received the new one. You then have a minimum period to review your new policy and decide if it is what you wanted.

- It may be costly to replace a policy. Much of what you paid in the early years of the policy you have now, paid for the company's cost of selling and issuing the policy. You may pay this type of cost again if you buy a new policy.

- Ask your tax advisor if dropping your policy could affect your income taxes.

- If you are older or your health has changed, premiums for the new policy will often be higher. You will not be able to buy a new policy if you are not insurable.

- You may have valuable rights and benefits in the policy you now have that are not in the new one.

- If the policy you have now no longer meets your needs, you may not have to replace it. You might be able to change your policy or add to it to get the coverage or benefits you now want.

- At least in the beginning, a policy may pay no benefits for some causes of death covered in the policy you have now.

In all cases, if you are thinking of buying a new policy, check with the agent or company that issued you the one you have now. When you bought your old policy, you may have seen an illustration of the benefits of your policy. Before replacing your policy, ask your agent or company for an updated illustration. Check to see how the policy has performed and what you might expect in the future, based on the amounts the company is paying now.

- 3 -

## How Much Do You Need?

Here are some questions to ask yourself:

- How much of the family income do I provide? If I were to die early, how would my survivors, especially my children, get by? Does anyone else depend on me financially, such as a parent, grandparent, brother or sister?

- Do I have children for whom I'd like to set aside money to finish their education in the event of my death?

- How will my family pay final expenses and repay debts after my death?

- Do I have family members or organizations to whom I would like to leave money?

- Will there be estate taxes to pay after my death?

- How will inflation affect future needs?

As you figure out what you have to meet these needs, count the life insurance you have now, including any group insurance where you work or veteran's insurance. Don't forget Social Security and pension plan survivor's benefits. Add other assets you have: savings, investments, real estate and personal property. Which assets would your family sell or cash in to pay expenses after your death?

## What is the Right Kind of Life Insurance?

All policies are not the same. Some give coverage for your lifetime and others cover you for a specific number of years. Some build up cash values and others do not. Some policies combine different kinds of insurance, and others let you change from one kind of insurance to another. Some policies may offer other benefits while you are still living. Your choice should be based on your needs and what you can afford.

There are two basic types of **life insurance: term insurance** and **cash value insurance.** Term insurance generally has lower premiums in the early years, but does not build up cash values that you can use in the future. You may combine cash value life insurance with term insurance for the period of your greatest need for life insurance to replace income.

*Term Insurance* covers you for a term of one or more years. It pays a death benefit only if you die in that term. Term insurance generally offers the largest insurance protection for your premium dollar. It generally does not build up cash value.

You can renew most term insurance policies for one or more terms even if your health has changed. Each time you renew the policy for a new term, premiums may be higher. Ask what the premiums will be if you continue to renew the policy. Also ask if you will lose the right to renew the policy at some age. For a higher premium, some companies will give you the right to keep the policy in force for a guaranteed period at the same price each year. At the end of that time you may need to pass a physical examination to continue coverage, and premiums may increase.

You may be able to trade many term insurance policies for a cash value policy during a conversion period—even if you are not in good health. Premiums for the new policy will be higher than you have been paying for the term insurance.

180-902                                                                                      January, 1997

- 4 -

**Cash Value Life Insurance** is a type of insurance where the premiums charged are higher at the beginning than they would be for the same amount of term insurance. The part of the premium that is not used for the cost of insurance is invested by the company and builds up a cash value that may be used in a variety of ways. You may borrow against a policy's cash value by taking a policy loan. If you don't pay back the loan and the interest on it, the amount you owe will be subtracted from the benefits when you die, or from the cash value if you stop paying premiums and take out the remaining cash value. You can also use your cash value to keep insurance protection for a limited time or to buy a reduced amount without having to pay more premiums. You also can use the cash value to increase your income in retirement or to help pay for needs such as a child's tuition without cancelling the policy. However, to build up this cash value, you must pay higher premiums in the earlier years of the policy. Cash value life insurance may be one of several types; whole life, universal life and variable life are all types of cash value insurance.

*Whole Life Insurance* covers you for as long as you live if your premiums are paid. You generally pay the same amount in premiums for as long as you live. When you first take out the policy, premiums can be several times higher than you would pay initially for the same amount of term insurance. But they are smaller than the premiums you would eventually pay if you were to keep renewing a term policy until your later years.

Some whole life policies let you pay premiums for a shorter period such as 20 years, or until age 65. Premiums for these policies are higher since the premium payments are made during a shorter period.

*Universal Life Insurance* is a kind of flexible policy that lets you vary your premium payments. You can also adjust the face amount of your coverage. Increases may require proof that you qualify for the new death benefit. The premiums you pay (less expense charges) go into a policy account that earns interest. Charges are deducted from the account. If your yearly premium payment plus the interest your account earns is less than the charges, your account value will become lower. If it keeps dropping, eventually your coverage will end. To prevent that, you may need to start making premium payments, or increase your premium payments, or lower your death benefits. Even if there is enough in your account to pay the premiums, continuing to pay premiums yourself means that you build up more cash value.

*Variable Life Insurance* is a kind of insurance where the death benefits and cash values depend on the investment performance of one or more separate accounts, which may be invested in mutual funds or other investments allowed under the policy. Be sure to get the prospectus from the company when buying this kind of policy and STUDY IT CAREFULLY. You will have higher death benefits and cash value if the underlying investments do well. Your benefits and cash value will be lower or may disappear if the investments you chose didn't do as well as you expected. You may pay an extra premium for a guaranteed death benefit.

- 5 -

## Life Insurance Illustrations

You may be thinking of buying a policy where cash values, death benefits, dividends or premiums may vary based on events or situations the company does not guarantee (such as interest rates). If so, you may get an illustration from the agent or company that helps explain how the policy works. The illustration will show how the benefits that are not guaranteed will change as interest rates and other factors change. The illustration will show you what the company guarantees. It will also show you what *could* happen in the future. Remember that nobody knows what will happen in the future. You should be ready to adjust your financial plans if the cash value doesn't increase as quickly as shown in the illustration. You will be asked to sign a statement that says you understand that some of the numbers in the illustration are not guaranteed.

## Finding a Good Value in Life Insurance

After you have decided which kind of life insurance is best for you, compare similar policies from different companies to find which one is likely to give you the best value for your money. A simple comparison of the premiums is not enough. There are other things to consider. For example:

- Do premiums or benefits vary from year to year?

- How much do the benefits build up in the policy?

- What part of the premiums or benefits is not guaranteed?

- What is the effect of interest on money paid and received at different times on the policy?

Remember that no one company offers the lowest cost at all ages for all kinds and amounts of insurance. You should also consider other factors:

- How quickly does the cash value grow? Some policies have low cash values in the early years that build quickly later on. Other policies have a more level cash value build-up. A year-by-year display of values and benefits can be very helpful. (The agent or company will give you a policy summary or an illustration that will show benefits and premiums for selected years.)

- Are there special policy features that particularly suit your needs?

- How are nonguaranteed values calculated? For example, interest rates are important in determining policy returns. In some companies, increases reflect the average interest earnings on all of that company's policies regardless of when issued. In others, the return for policies issued in a recent year, or a group of years, reflects the interest earnings on that group of policies; in this case, amounts paid are likely to change more rapidly when interest rates change.

# AXA EQUITABLE

**AXA Equitable Life Insurance Company**

**AXA Life and Annuity Company**

**DATE OF ISSUE:** 04 /13 /07

## DELIVERY RECEIPT

By signing below, I (we) certify and acknowledge that:

(1)   I (we) have received Policy Number: _____107 003 744_____

on the life (lives) of _____CHRISTOPHER M DAWSON_____

and _____

The contract state is _____HAWAII_____

(2)   Unless I (we) meet the terms of coverage under the Temporary Insurance Agreement, coverage under this Policy will begin on the date this receipt is signed and given to an AXA Equitable representative along with the first modal premium payment. If I (we) pay the applicable premium upon delivery, AXA Equitable will move the Register Date of my Policy showing in the Policy Pages to the date of delivery to insure that the charges and premiums for the Policy commence on the same date as coverage under the Policy, unless I (we) request a different Register Date in writing or moving the Register Date will cause an increase in Issue Age(s). Coverage under this Policy shall not take effect before any Register Date specified in this Policy.

(3)   All persons proposed for insurance under this Policy are living.

(4)   No insurance shall take effect on this Policy: (a) until a Policy is delivered and the full initial premium for it is paid while the person(s) proposed for insurance is (are) living; and (b) unless to the best of my (our) knowledge and belief the statements in all parts of the application continue to be true and complete, without material change, as of the time the Policy is delivered and the full initial premium for it is paid.

(5)   For those Policies delivered on the 29, 30, or 31st of any month, AXA Equitable will move the Register Date to the 1st of the following month, which will change the Investment Start Date, if applicable, and the Interest Crediting Date, if applicable. Further, the current Interest rate for the Guaranteed Interest Account, if applicable, or the current interest rate for UL policies, if applicable, may also change.

Signed At _____
                                City, State

Date ___4.26.07___ Signed   X _____
                                          CHRISTOPHER M DAWSON

Date _____ Signed   X _____

Agent: _____INOUYE_____          ASU ___HNL_____

**Servicing Office:**                                    **Claims Office: 800-777-6510**

    **AXA EQUITABLE NATIONAL OPERATIONS CENTER**
    **POST OFFICE BOX 1047**
    **CHARLOTTE, NORTH CAROLINA 28201**
    **(800) 777-6510**
DR(2)                    **POLICYOWNER'S COPY**



# AXA Equitable Term 20™
### *A Renewable Term Insurance Plan*

**Prepared for:**
**CHRISTOPHER DAWSON 107003744**

*Presented by:*
**National Operations Center**

**License Number:**

April 13, 2007
© AXA Equitable Life Insurance Company
New York, NY 10104  (212) 554-1234



**AXA Equitable Term 20<sup>SM</sup>**
*LIFE INSURANCE QUOTE*

## Narrative Page

### PREPARED FOR: CHRISTOPHER DAWSON 107003744

**POLICY:** AXA Equitable Term 20 <sup>SM</sup> is a non-participating renewable term life insurance policy that provides a level, guaranteed death benefit to age 95, as long as premiums are paid. Premiums are level for the first twenty years. Thereafter, premiums will generally increase annually. All premiums are guaranteed. The general version of the policy form is 147-20; state variations may apply.

Subject to its terms, the policy is convertible to permanent insurance with an AXA Equitable or an affiliated company during the first 15 policy years, but not beyond the policy anniversary nearest the insured's 70th birthday for the same face amount without evidence of insurability.

Subject to underwriting, riders that may be purchased with the policy include: Disability Premium Waiver Benefit and Children's Term Insurance Benefit.

As AXA Equitable and an affilated company offers a broad Term portfolio including ART, Term 10, Term 15, Term 20 and Term 30. You should consult with your financial professional to see which product best fits your needs.

**Riders Illustrated** - This quote includes the following riders:

NONE

### Business and employer owned policies
Any employer owned life insurance arrangement on an employee or director as well as any corporate, trade, or business use of a policy should be carefully reviewed by your tax advisor with attention to the rules discussed below, as well as to any other rules which may apply, including other possible pending or recently enacted legislative proposals which may apply. Note, these rules are not limited to corporations and may apply to other types of employers or businesses including partnerships, sole proprietorships and LLC's.

### Requirements for income tax free death benefits for employer-owned life insurance.
Recently enacted federal tax legislation imposes additional new requirements for employer-owned life insurance policies. These requirements include detailed notice and consent rules (which must be satisfied before the policies are issued), tax reporting requirements and limitations on those employees (including directors) who can be insured under the life insurance policy. Failure to satisfy applicable requirements will result in death benefits in excess of premiums paid by the employer being includible in the employers' income upon the death of the insured employee.

The new rules generally apply to life insurance contracts issued after August 17, 2006 with a possible very limited exception for contracts issued after that date pursuant to a tax-free exchange under section 1035 of the Code for a contract issued on or prior to that date. Note, however, that material increases in death benefit or other material changes of an existing contract or one subject to a 1035 will generally cause it to be treated as a new contract and thus subject to the new requirements. The term "material" has not yet been fully defined but is not expected to include automatic increases in death benefits pursuant to the terms of the contract or in order to maintain compliance with the life insurance policy tax qualification rules under the Code.

**THIS QUOTE IS NOT COMPLETE WITHOUT ALL NUMBERED PAGES**
**THIS QUOTE IS NOT PART OF THE LIFE INSURANCE POLICY OR CONTRACT**

GE 37446 (01/07)
Male Preferred Elite Non-Tobacco User Age 43
Riders: None
Prepared on: April 13, 2007
For Presentation in: Hawaii

Prepared by: National Operations Center
Initial Face Amount: $2,000,000.00
Initial Monthly Premium = $183.42
Form # 147-20
04-3.1.0.17-02-28-W

AXA Equitable Life Insurance Company
1290 Ave. of the Americas, New York, NY 10104 (212) 554-1234

Page: 1 of 4



**AXA EQUITABLE**

*AXA Equitable Term 20*<sup>SM</sup>
*LIFE INSURANCE QUOTE*

**Premium Description:**

| Benefits Included | Amount | Rider Termination Year | Initial Premium | | | |
|---|---|---|---|---|---|---|
| | | | Annual | Semi-Annual | Quarterly | Monthly |
| Base Policy | $2,000,000 | N/A | 2,115.00 | 1,077.36 | 546.26 | 183.42 |
| PREMIUM AMOUNT = | | | $2,115.00 | $1,077.36 | $546.26 | $183.42 |
| YEARLY COST = | | | $2,115.00 | $2,154.72 | $2,185.04 | $2,201.04 |

Premiums paid other than annually will result in a greater annualized premium.

**THIS QUOTE IS NOT COMPLETE WITHOUT ALL NUMBERED PAGES**
**THIS QUOTE IS NOT PART OF THE LIFE INSURANCE POLICY OR CONTRACT**

GE 37446 (01/07)
Male Preferred Elite Non-Tobacco User Age 43
Riders: None
Prepared on: April 13, 2007
For Presentation in: Hawaii

Prepared by: National Operations Center
Initial Face Amount: $2,000,000.00
Initial Monthly Premium = $183.42
Form # 147-20
04-3.1.0.17-02-28-W

AXA Equitable Life Insurance Company
1290 Ave. of the Americas, New York, NY 10104 (212) 554-1234

Page: 2 of 4

 **AXA EQUITABLE**

**AXA Equitable Term 20**<sup>SM</sup>
*LIFE INSURANCE QUOTE*

## Narrative Page

### PREPARED FOR: CHRISTOPHER DAWSON 107003744

**Underwriting Class:** Non-Tobacco User Preferred Elite
The premiums required for this coverage have been calculated assuming this policy is issued as Non-Tobacco User Preferred Elite underwriting class. Actual premiums required for the insurance coverage will ultimately depend on the outcome of the underwriting process, and may vary from what is shown on this quote. If that happens, we will provide you with a revised quote.

**Cost Comparison Index:**
Cost indices are a convenient way to compare relative costs of similar policies. These indices take into account that money is paid at different times. It is not enough to just add up the premiums you will pay.

| | 10 YEARS | 20 YEARS |
|---|---|---|
| 5% INTEREST ADJUSTED COST INDICES | 1.08 | 1.08 |
| GUARANTEED NET PAYMENT INDICES | 1.08 | 1.08 |

AXA Equitable Life Insurance Company (AXA Equitable), is an indirect subsidiary of AXA Financial, Inc. AXA Financial, Inc. is a subsidiary of AXA, an insurance holding company. Neither AXA nor AXA Financial, Inc. has responsibility for the insurance obligations of AXA Equitable. All guarantees are based on the claims paying ability of AXA Equitable. Equitable Term and the AXA Equitable logo are registered service marks of AXA Equitable.

---

### Important Confirmations

**Policy # (if Known): _____**

I understand that AXA Equitable is relying on me to confirm the following information:
• I understand that the definition of "replace" includes any lapse, exchange, surrender, withdrawal, or borrowing from an existing insurance policy or annuity contract in connection with purchasing a new life insurance policy; it is with this understanding that I have answered the replacement question on the application.

• I have received a copy of all numbered pages of this quote. I have reviewed this quote and understand that its purpose is to help me understand how the policy works, but that it is not part of an insurance contract.

• If this quote does not fully conform to the policy I am issued, I will receive a conforming quote at or prior to the time the policy is delivered. For example, the policy may be issued for a different underwriting class, premium mode or amount, or with different benefits. These and any other changes will impact the values illustrated. I will carefully review that conforming quote upon receipt.

_____        _____
Signature of Applicant                                      Date

_____        _____
Signature of Policyowner                                   Date

I certify that this quote has been presented to the applicant and that if this quote doesn't conform to the policy that is issued, I will deliver a conforming quote as described above at or prior to the time the policy is delivered. I have made no statements that are inconsistent with this quote.

_____   _____   _____   _____
Signature of Associate or Representative   Agency          Associate Code        Phone

_____                                        _____
Address                                                                                        Date

**THIS QUOTE IS NOT COMPLETE WITHOUT ALL NUMBERED PAGES**
**THIS QUOTE IS NOT PART OF THE LIFE INSURANCE POLICY OR CONTRACT**

GE 37446 (01/07)
Male Preferred Elite Non-Tobacco User Age 43
Riders: None
Prepared on: April 13, 2007
For Presentation in: Hawaii

Prepared by: National Operations Center
Initial Face Amount: $2,000,000.00
Initial Monthly Premium = $183.42
Form # 147-20
04-3.1.0.17-02-28-W

AXA Equitable Life Insurance Company
1290 Ave. of the Americas, New York, NY 10104 (212) 554-1234



## AXA Equitable Term 20<sup>SM</sup>

*LIFE INSURANCE QUOTE*

## Guaranteed Values And Benefits Page

## Prepared For: CHRISTOPHER DAWSON 107003744

## Policy Death Benefit: 2,000,000

| POLICY YEAR | AGE | GUARANTEED ANNUALIZED POLICY PREMIUM | POLICY YEAR | AGE | GUARANTEED ANNUALIZED POLICY PREMIUM | POLICY YEAR | AGE | GUARANTEED ANNUALIZED POLICY PREMIUM |
|---|---|---|---|---|---|---|---|---|
| 1 | 44 | 2,201 | 26 | 69 | 114,384 | 51 | 94 | 1,114,878 |
| 2 | 45 | 2,201 | 27 | 70 | 124,193 | 52 | 95 | 1,213,456 |
| 3 | 46 | 2,201 | 28 | 71 | 136,115 | | | |
| 4 | 47 | 2,201 | 29 | 72 | 149,432 | | | |
| 5 | 48 | 2,201 | 30 | 73 | 166,915 | | | |
| 6 | 49 | 2,201 | 31 | 74 | 185,363 | | | |
| 7 | 50 | 2,201 | 32 | 75 | 204,774 | | | |
| 8 | 51 | 2,201 | 33 | 76 | 225,992 | | | |
| 9 | 52 | 2,201 | 34 | 77 | 249,139 | | | |
| 10 | 53 | 2,201 | 35 | 78 | 276,000 | | | |
| 11 | 54 | 2,201 | 36 | 79 | 307,374 | | | |
| 12 | 55 | 2,201 | 37 | 80 | 343,592 | | | |
| 13 | 56 | 2,201 | 38 | 81 | 383,093 | | | |
| 14 | 57 | 2,201 | 39 | 82 | 420,850 | | | |
| 15 | 58 | 2,201 | 40 | 83 | 461,890 | | | |
| 16 | 59 | 2,201 | 41 | 84 | 508,142 | | | |
| 17 | 60 | 2,201 | 42 | 85 | 558,703 | | | |
| 18 | 61 | 2,201 | 43 | 86 | 612,425 | | | |
| 19 | 62 | 2,201 | 44 | 87 | 668,239 | | | |
| 20 | 63 | 2,201 | 45 | 88 | 725,654 | | | |
| 21 | 64 | 70,327 | 46 | 89 | 783,521 | | | |
| 22 | 65 | 78,166 | 47 | 90 | 842,618 | | | |
| 23 | 66 | 86,826 | 48 | 91 | 903,768 | | | |
| 24 | 67 | 96,101 | 49 | 92 | 967,995 | | | |
| 25 | 68 | 104,904 | 50 | 93 | 1,037,394 | | | |

Premiums are assumed to be paid at the beginning of the payment period.
The age shown is as of the end of the policy year.

THIS QUOTE IS NOT COMPLETE WITHOUT ALL NUMBERED PAGES
THIS QUOTE IS NOT PART OF THE LIFE INSURANCE POLICY OR CONTRACT

GE 37446 (01/07)
Male Preferred Elite Non-Tobacco User Age 43
Riders: None
Prepared on: April 13, 2007
For Presentation in: Hawaii

Prepared by: National Operations Center
Initial Face Amount: $2,000,000.00
Initial Monthly Premium = $183.42
Form # 147-20
04-3.1.0.17-02-28-W

AXA Equitable Life Insurance Company
1290 Ave. of the Americas, New York, NY 10104 (212) 554-1234

 **AXA EQUITABLE**

| | |
|---|---|
| *INSURED PERSON* | CHRISTOPHER M DAWSON |
| *POLICY OWNER* | CHRISTOPHER M DAWSON |
| *FACE AMOUNT* | $2,000,000 |
| *POLICY NUMBER* | PJ 107 003 744 |

*TERM LIFE
INSURANCE POLICY*

### *AXA EQUITABLE LIFE INSURANCE COMPANY, A STOCK COMPANY*
### *1290 AVENUE OF THE AMERICAS, NEW YORK, NEW YORK*

#### *Agrees*

- **To pay** the insurance benefits of this policy to the Beneficiary upon receiving proof that the Insured Person died before the Final Term Expiry Date shown on Page 3; and

- **To provide** *you (the Policy Owner)* with the other rights and benefits of this policy.

These agreements are subject to the provisions of this policy.

**Right to Examine Policy. You may examine this policy and if for any reason you are not satisfied with it, you may cancel it by returning this policy with a written request for cancellation to our Administrative Office or to the agent who sold it by the 10th day after you receive it. If you do this, we will refund the premiums that were paid.**

**Read your policy carefully.** It is a legal contract between you and AXA Equitable Life Insurance Company.

Karen Field Hazin, Vice President,
Secretary and Associate General Counsel

Christopher M. Condron,
Chairman and Chief Executive Officer

This is a renewable term insurance policy. Coverage is renewable until the Final Term Expiry Date. **Premiums are level for the first twenty policy years and then generally increase annually in subsequent policy years. All premiums are guaranteed.** Premiums are payable to the Final Term Expiry Date or until earlier death. There is a Conversion Privilege as described in the policy. This is a non-participating policy.

147-20

## *Contents*

Insurance Benefits  2
Policy Owner and Beneficiary  4
Premiums  4
Conversion Privilege  5
General Provisions  6

Copies of the application for this policy and any additional benefit riders are attached to this policy.

## *In this policy:*

"We", "our" and "us" mean AXA Equitable Life Insurance Company.

"You" and "your" mean the Owner of the policy at the time an Owner's right is exercised.

**Administrative Office:**

The address of our Administrative Office is shown on Page 3. You should send correspondence to that office. Premium payments should be sent to the address listed on your billing notice.

## *Insurance Benefits*

We will pay the insurance benefits of this policy to the Beneficiary when we receive at our Administrative Office: (1) proof satisfactory to us that the Insured Person died while this policy was in force; (2) the policy or proof of its loss; and (3) proof of interest of the claimant.

These insurance benefits include the following amounts, which we will determine as of the date of the Insured Person's death:

- The Face Amount of this policy shown on Page 3;

- *Plus* any other benefits then due from riders to this policy;

- *Plus* or *minus* any adjustments for the last premium as described in the "Premiums" section.

We will add interest to the resulting amount in accordance with applicable law. We will compute the interest at a rate we determine, but not less than the rate required by any applicable law in the state in which this policy is delivered.

We will pay these benefits only if premiums have been paid as required by this policy.

Payment of these benefits may also be affected by other provisions of this policy. See the "General Provisions" section where we specify our right to contest the policy, what happens if age or sex has been misstated, and the suicide exclusion. Additional exclusions or limitations (if any) are listed on Page 3.

```
INSURED PERSON   CHRISTOPHER M DAWSON         REGISTER DATE   APR 13, 2007

 POLICY OWNER   CHRISTOPHER M DAWSON          DATE OF ISSUE   APR 13, 2007

  FACE AMOUNT   $2,000,000                    ISSUE AGE,SEX   43, MALE

                                       FINAL CONVERSION DATE   APR 13, 2022

POLICY NUMBER   PJ 107 003 744       FINAL TERM EXPIRY DATE   APR 13, 2059
```

------------ BENEFITS AND PREMIUMS ------------

| BENEFITS | MONTHLY PREMIUM | INITIAL LEVEL PREMIUM PERIOD |
|---|---|---|
| LIFE INSURANCE | $183.42 | 20 YEARS |

THE FIRST PREMIUM IS $183.42 AND IS DUE ON OR BEFORE DELIVERY OF THE
POLICY.  SUBSEQUENT PREMIUMS ARE DUE ON MAY 13, 2007 AND MONTHLY
THEREAFTER.  INFORMATION ON PREMIUMS FOR OTHER PAYMENT MODES IS SHOWN ON
PAGE 4.  THE MODAL FACTORS ARE: SEMI-ANNUAL: .5090 QUARTERLY: .2565 SPECIAL
MONTHLY: .0855.  MODAL PREMIUMS INCLUDE THE FOLLOWING POLICY FEES: $75.00
FOR EACH ANNUAL PAYMENT, 39.00 FOR EACH SEMI-ANNUAL PAYMENT, 23.00 FOR EACH
QUARTERLY PAYMENT, OR 9.00 FOR EACH SPECIAL MONTHLY PAYMENT.  OTHER MODES OF
FIRST YEAR PREMIUMS ARE AS FOLLOWS: ANNUAL: $2115.00 SEMI-ANNUAL: $1077.36
QUARTERLY: $546.26

-------- MONTHLY RENEWAL PREMIUMS PAYABLE AFTER INITIAL LEVEL PREMIUM PERIOD -----

| RENEWAL DATE APR 13 | LIFE INSURANCE |
|---|---|
| 2027 | $  5,860.62 |
| 2028 | 6,513.84 |
| 2029 | 7,235.46 |
| 2030 | 8,008.38 |
| 2031 | 8,741.98 |
| 2032 | 9,532.00 |
| 2033 | 10,345.38 |
| 2034 | 11,342.88 |
| 2035 | 12,452.68 |
| 2036 | 13,909.60 |
| 2037 | 15,446.88 |
| 2038 | 17,064.54 |
| 2039 | 18,832.68 |
| 2040 | 20,761.56 |
| 2041 | 22,999.96 |
| 2042 | 25,614.54 |
| 2043 | 28,632.70 |
| 2044 | 31,924.44 |
| 2045 | 35,070.84 |
| 2046 | 38,490.84 |
| 2047 | 42,345.18 |
| 2048 | 46,558.62 |
| 2049 | 51,035.40 |
| 2050 | 55,686.60 |
| 2051 | 60,471.18 |
| 2052 | 65,293.38 |
| 2053 | 70,218.18 |

THIS PAGE 3-CONTINUED IS A PART OF POLICY NUMBER 107 003 744.

-------- MONTHLY RENEWAL PREMIUMS PAYABLE AFTER INITIAL LEVEL PREMIUM PERIOD -----
(CONTINUED)

| RENEWAL DATE APR 13 | LIFE INSURANCE |
|---|---|
| 2054 | 75,313.98 |
| 2055 | 80,666.28 |
| 2056 | 86,449.50 |
| 2057 | 92,906.46 |
| 2058 | 101,121.30 |

--------------------------------------------------

THIS PAGE 3-CONTINUED IS A PART OF POLICY NUMBER   107 003 744

ADMINISTRATIVE OFFICE:

AXA EQUITABLE LIFE INSURANCE COMPANY
NATIONAL OPERATIONS CENTER
10840 BALLANTYNE COMMONS PARKWAY
CHARLOTTE, NC 28277
(800) 777-6510

N/ET20(PREFERRED ELITE/NON-TOBACCO USER)
147-20-3

# *Policy Owner and Beneficiary*

**OWNER.** The Owner of this policy is the Insured Person unless otherwise stated in the application, or later changed. As Owner, you can exercise all the rights in this policy while the Insured Person is living. You do not need the consent of anyone who has only a conditional or future ownership interest in this policy.

**BENEFICIARY.** The Beneficiary is as stated in the application, unless later changed. If two or more persons are named, those surviving the Insured Person will share equally unless otherwise stated.

We will pay any benefit for which there is no stated Beneficiary living at the death of the Insured Person to the children of the Insured Person who then survive, in equal shares. If none survive, we will pay the estate of the Insured Person.

**CHANGES.** While the Insured Person is living, you may change the Owner or Beneficiary by submitting written notice in a form satisfactory to us. You can get such a form from your agent or by writing to our Administrative Office. The change will take effect on the date you sign the notice, except that it will not apply to any payment we make or other action we take before we receive the notice in our Administrative Office.

**ASSIGNMENT.** You may assign this policy; however, we will not be bound by an assignment unless we have received it in writing. Your rights and those of any other person referred to in this policy will be subject to the assignment. We assume no responsibility for the validity of any assignment. An absolute assignment will be considered as a change of ownership to the assignee.

---

# *Premiums*

**AMOUNTS AND DUE DATES.** Page 3 shows the amounts and due dates of the premiums payable until the Final Term Expiry Date. Premiums are level for the first twenty policy years. After the first twenty policy years, premiums generally increase annually on each policy anniversary. Each premium is payable on or before its due date at our Administrative Office. We will furnish you with a premium receipt, signed by one of our officers, upon request.

You may write and ask us to change the frequency of your premium payment. A premium payment change is subject to our rules in effect at the time of change. If you pay your premium other than annually, the total amount of premiums you pay each year will be more than if you paid the premium annually. Premiums for modes other than annual (semi-annual, quarterly or monthly) are calculated by applying the modal factor shown on Page 3 to the basic annual rate per \$1,000 of face amount, times the face amount divided by 1,000 and adding the modal policy fee also shown on page 3.

**GRACE PERIOD.** We allow a grace period of 31 days for payment of each premium, after the first premium. The insurance will continue during the grace period.

**LAPSE.** If a premium is not paid by the end of its grace period, the policy will lapse as of the premium due date. If this occurs, all insurance ends at the end of the grace period.

**PREMIUM REFUND UPON CANCELLATION OF POLICY.** You may cancel this policy by sending a written request for cancellation, in a form acceptable to us, to our Administrative Office. Insurance coverage ends on the date we receive your written request. Upon cancellation of this policy, you are entitled to a refund of premiums for the remainder of the period for which premiums were paid.

**REINSTATEMENT.** You may reinstate this policy within five years after lapse, but not later than the Final Term Expiry Date, if: (1) you provide evidence of insurability for the Insured Person satisfactory to us; and (2) you pay all overdue premiums with interest at 6% per year compounded annually.

**PREMIUM ADJUSTMENT.** We will add to the insurance benefits any part of the last premium paid that applies to a period beyond the policy month in which the Insured Person dies. If the Insured Person dies during the grace period of an unpaid premium, we will deduct from the benefits the overdue premium covering one policy month. These are the adjustments for the last premium referred to on Page 2.

147-20-4                                                                                              Page 4

# *Conversion Privilege*

You may exchange this policy for a new policy, as defined in The New Policy provision, as applicable, on the life of the Insured Person without evidence of insurability. This exchange is subject to the requirements stated below.

**CONVERSION NOT DURING DISABILITY.** You may exchange this policy provided that (1) the written request for exchange is made on or before the Final Conversion Date shown on page 3; and (2) all premiums for this policy have been duly paid; and (3) if there is a Disability Premium Waiver rider in effect under this policy, the Insured Person is not then totally disabled as defined in that rider (for conversion during disability see provision below).

**The New Policy -** The new policy may be on any plan of life insurance, except for term insurance, that we or an affiliate of ours offer on the date of exchange subject to our or our affiliate's rules then in effect as to plan, age and class of risk.

The new policy will have an insurance amount equal to the amount of insurance in effect on this policy. Or, you may choose any lower amount allowed by our or our affiliate's rules in effect on the date of exchange.

If additional benefit riders are in effect under this policy on the date of exchange, you may choose that the new policy contain similar riders subject to our or our affiliate's rules in effect on the date of exchange.

The Register Date of the new policy will be the date of exchange. Premiums and charges for the new policy will be based on our or our affiliate's rates in effect on that date. They will be for the Insured Person's then attained insurance age and for the same class of risk as for this policy, or the closest comparable class. The first premium for the new policy must be paid on or within 31 days before the date of exchange.

Except as to any new additional benefit riders included in the new policy, the suicide exclusion and incontestability periods of the new policy will be determined from the date of issue of this policy instead of from the date of issue of the new policy.

**CONVERSION DURING DISABILITY.** You may exchange this policy if there is a Disability Premium Waiver rider in effect under this policy and the Insured Person is then totally disabled as defined in that rider. You may do this provided that (1) the written request for exchange is made on or before the Final Conversion Date shown on page 3; and (2) all premiums for this policy have been duly paid or are being waived under the terms of that rider. If the request is made on or after the policy anniversary nearest the Insured Person's 65th birthday, the new policy will not be permitted to contain a rider providing disability waiver benefits.

**The New Policy -** The new policy may be on any plan of life insurance, except for term insurance, that we or an affiliate of ours offer on the date of exchange subject to our or our affiliate's rules then in effect as to plan, age and class of risk.

The new policy will have an insurance amount equal to the amount of insurance in effect on this policy. Or, you may choose any lower amount allowed by our or our affiliate's rules in effect on the date of exchange.

147-20-4

If additional benefit riders are in effect under this policy on the date of exchange, you may choose that the new policy contain similar riders subject to our or our affiliate's rules in effect on the date of exchange. If you exchange this policy before the policy anniversary nearest the Insured Person's 65th birthday and while the Insured Person is totally disabled as defined in a Disability Premium Waiver rider in effect under this policy, we will issue the new policy with a Disability Premium Waiver rider, if available. If that specific rider is not available, we will issue the new policy with another rider that provides disability waiver benefits, if available. Waiver benefits under the new policy due to total disability of the Insured Person will be provided according to the terms of the rider issued.

However, if premiums have been waived for at least the five preceding policy years under the terms of a Disability Premium Waiver rider in effect under this policy we will automatically issue a new policy with a Disability Premium Waiver rider in exchange for this policy on the policy anniversary nearest the Insured Person's 65th birthday. We will do this whether or not you elected such exchange and whether or not the conversion period described above has expired. The new policy issued in this case will have an insurance amount equal to the amount of insurance under this policy. The new policy will be on any plan of life insurance, except for term or variable life insurance, that we or an affiliate of ours then issue, subject to our or our affiliate's rules in effect on its Register Date. Any other additional benefit riders in effect under this policy will also be issued with the new policy, if then available.

The Register Date of the new policy will be the date of exchange. Premiums for the new policy will be based on our or our affiliate's rates in effect on that date. Premiums will be for the Insured Person's then attained insurance age and for the same class of risk as for this policy, or the closest comparable class.

The suicide exclusion and incontestability periods of the new policy will be determined from the date of issue of this policy instead of from the date of issue of the new policy.

We will waive premiums for the new policy as stated in its Disability Premium Waiver rider while total disability continues. We will not waive premiums on and after the policy anniversary nearest the Insured Person's 65th birthday for a total disability that began on or after the policy anniversary of this policy nearest the Insured Person's 60th birthday.

# General Provisions

**THE CONTRACT.** We provide this insurance in consideration of payment of the required premiums. This policy, any riders or endorsements, and the attached copy of the application for it make up the entire contract.

Only our Chairman of the Board, our President or one of our Vice Presidents can modify this contract or waive any of our rights or requirements under it. The person making these changes must put them in writing and sign them.

**INCONTESTABILITY.** We have the right to contest the validity of this policy based on material misstatements made in the initial application for this policy. However, we will not contest the validity of this policy after it has been in effect during the lifetime of the Insured Person for two years from the earlier of the Register Date or date of issue shown on Page 3.

We also have the right to contest the validity of any policy change or reinstatement based on material misstatements made in any application for that change or reinstatement. In the absence of fraud, we will not contest any policy change that requires evidence of insurability, or any reinstatement of this policy, after the change or reinstatement has been in effect for two years during the lifetime of the Insured Person.

No statement shall be used to contest a claim unless contained in an application.

All statements made in the application are representations and not warranties.

See any additional benefit riders for modifications of this provision that apply to them.

**FRAUD EXCEPTION:** As used in the "INCONTESTABILITY" and "CHANGE FROM TOBACCO USER PREMIUMS TO NON-TOBACCO USER PREMIUMS" provisions, fraud shall mean false statements, representations or warranties knowingly and intentionally provided, or caused to be provided, by any person involved in the procurement of any coverage provided under the policy, for the purpose of inducing the company to accept a risk or assume a hazard it would otherwise not have so accepted or assumed.

**AGE AND SEX.** If the Insured Person's age or sex has been misstated, any benefits will be those that the premium paid would have purchased at the correct age and sex.

**SUICIDE EXCLUSION.** If the Insured Person commits suicide, while sane or insane, within two years after the earlier of the Register Date or Date of Issue shown on Page 3, our liability will be limited to the payment of a single sum equal to the premiums paid.

**POLICY PERIODS AND ANNIVERSARIES.** Policy years, policy months, policy anniversaries and premium periods are measured from the Register Date. Each policy month begins on the same day in each calendar month as the Register Date.

**POLICY CHANGES.** You may add additional benefit riders or make other changes, subject to our approval and rules at the time of change.

**CHANGE FROM TOBACCO USER PREMIUMS TO NON-TOBACCO USER PREMIUMS.** Any Insured Person being charged tobacco user premiums may be eligible for non-tobacco user premiums. The change, if approved, may result in lower future premiums beginning on the effective date of change to non-tobacco user premiums.

Upon request made to our Administrative Office, we will provide forms and instructions as to how you may apply for non-tobacco user premiums. The change will be based upon our general underwriting rules in effect at the time of application, and may include criteria other than tobacco user status as well as a definition of tobacco use different from that applicable at the time this policy was issued. A non-tobacco user is an insured person who tests negative for nicotine use and meets our regular underwriting rules.

The change to non-tobacco user premiums, if approved, will be effective on the next premium due date that coincides with or next follows the date we approve your request. A copy of your application for the change will be attached to the new Policy Information section that we will issue when the change is made. The new section and the application for change will become part of this policy. We may require you to return this policy to our Administrative Office to make the change.

The change to non-tobacco user premiums will be contestable; however, in the absence of fraud, we will not contest the change after it has been in effect for two years during the lifetime of the Insured Person. In the event of a successful contest, the death benefit and any benefits provided by riders to this policy shall be those which would be purchased by the most recent premium, and the cost of any benefits provided by riders, at tobacco user premiums.

**HOW BENEFITS ARE PAID.** The Insurance Benefits are paid immediately in one sum. Amounts paid will not be subject to the claims of creditors or to legal process, to the extent permitted by law.

# *ENDORSEMENT*

*In this endorsement "we", "our" and "us" mean AXA Equitable Life Insurance Company. "You" and "your" mean the owner of the policy at the time an owner's right is exercised.*

This endorsement is made part of the attached policy as of its Issue Date and is effective as of the Register Date. It should be attached to and kept with your policy. This endorsement modifies your policy as follows:

We will apply a conversion credit when you convert your policy. The amount of the conversion credit is the lesser of (1) the premium paid for the policy during the first policy year exclusive of temporary flat extra charges and premiums for optional benefits; (2) the amount of the first year's premium for the policy calculated on an annual modal basis (which reflects discounts, if applicable, shown on page 3) exclusive of temporary flat extra charges and premiums for optional benefits; and (3) the initial modal premium for the new policy. The conversion credit, if applicable, may only be applied to reduce the initial modal premium for the new policy.

If you convert less than the full face amount of the policy, the conversion credit will be pro-rated based on the proportion that the face amount being converted bears to the face amount of the policy.

The conversion credit will not apply if premiums or charges for the new policy are being waived under the terms of a rider providing disability waiver benefits.

### *AXA Equitable Life Insurance Company*

Karen Field Hazin, Vice President,
Secretary and Associate General Counsel

Christopher M. Condron,
Chairman and Chief Executive Officer

S.06-40

# Accelerated Death Benefit Rider

**Disclosure.** The receipt of the Accelerated Death Benefit Amount may be taxable. You should seek assistance from your personal tax advisor prior to electing the benefit.

*In this rider "we", "our" and "us" mean AXA Equitable Life Insurance Company. "You" and "your" mean the Owner of the policy at the time an Owner's right is exercised.*

**Effective Date of this Rider.** This rider is effective on the Register Date of this policy. If this rider is added after issue of this policy, the effective date of this rider is shown on the Additional Benefits Rider to which it is attached.

**Cost Of This Rider.** There is no premium or cost of insurance charge for this rider.

**This Rider's Benefit.** We will pay an Accelerated Death Benefit in the amount requested by the owner, if the insured person is terminally ill, subject to the provisions of this rider. We will pay an Accelerated Death Benefit under this policy only once and in one lump sum.

The maximum Accelerated Death Benefit payment you may receive is the lesser of:

1. 75% of the death benefit payable under this policy, less any outstanding policy loan and accrued loan interest, and

2. $500,000.

The maximum aggregate amount of Accelerated Death Benefit payments that will be paid under all policies issued by us or our affiliated companies on the life of the insured person is $500,000.

For purposes of this benefit, the death benefit does not include any accidental death benefits, non-convertible term riders or convertible term riders with an expired conversion period, or any other benefits payable upon the death of any person other than the insured person under the base policy.

We reserve the right to deduct a processing charge of up to $250.00 per policy from the Accelerated Death Benefit payment.

We reserve the right to set a minimum of $5,000 on the amount you may receive under this rider.

To be eligible for this benefit you must provide satisfactory evidence to us that the insured person's life expectancy is twelve months or less. This evidence must include, but is not limited to, certification by a physician licensed to practice medicine in the United States or Canada and who is acting within the scope of such license. A physician does not include the owner, the insured person, or a member of either the owner's or insured person's family.

**How This Rider Relates To The Policy.** This rider is a part of the policy. Its benefits are subject to all terms of this rider and the policy. This rider has no cash or loan value. This rider is non-participating.

**Interest.** Interest will be charged on the amount of the Accelerated Death Benefit and on any unpaid premium we advance after an Accelerated Death Benefit payment. The interest rate at the time of the Accelerated Death Benefit payment is made will not exceed the greater of the following on such date:

1. the yield on a 90-day treasury bill; or

2. the maximum adjustable policy loan interest rate permitted in the state in which this policy is delivered.

**Effect Of Accelerated Death Benefit Payment On The Policy.** The Accelerated Death Benefit payment, plus any accrued interest, will be treated as a lien against the policy values. The amount of the lien will be pro-rated against the policy's net cash surrender value, if any, and the net amount at risk. If your policy is a variable or universal life policy, the net amount at risk is the death benefit minus the policy account, if any. If your policy is a term or whole life policy, the net amount at risk is the death benefit minus the cash surrender value, if any.

Additionally, if your policy is a variable life policy, the portion of the cash surrender value that is on lien and is allocated to investment funds of the Separate Account (SA) will be transferred to and maintained as part of the unloaned portion of the Guaranteed Interest Account (GIA). You may tell us how much of the accelerated payment is to be transferred from each investment fund. Units will be redeemed from each investment fund sufficient to cover the amount that is on lien and transferred to the unloaned portion of the GIA. If you do not tell us how to allocate the payment, we will allocate it based on our rules then in effect.

R06-70

However, if your variable policy does not have a GIA, the portion of the cash surrender value that is on lien will be transferred to and maintained in the Money Market Fund of our SA. Such transfers will occur as of the date we approve an Accelerated Death Benefit payment; there will be no charge for such transfers. The amount payable at death under the policy will be reduced by the full amount of the lien and any other indebtedness outstanding under the policy. Your access to the policy's cash surrender value will be limited to the excess of the policy's cash surrender value over the amount of the lien secured against the cash surrender value and any other outstanding policy loans and accrued loan interest.

**Effect Of Accelerated Death Benefit Payment On Policy Premiums.** If your policy is a term, whole life or any other fixed premium policy, premiums will be required to be paid after an Accelerated Death Benefit payment. If any premium is not paid when due, we will advance the amount of the unpaid premium and add it to the lien.

If your policy is a flexible premium variable or universal life policy, and after an Accelerated Death Benefit payment the policy at the beginning of a policy month is in default, we will advance a premium sufficient to keep the policy in force and add it to the lien.

However, if a Disability Premium Waiver Rider or a Disability Waiver of Monthly Deductions Rider is in effect under the policy, this policy's premium or monthly deductions will be waived as of the date we approve an Accelerated Death Benefit payment.

**Rider Limitations.** Your right to an Accelerated Death Benefit payment is subject to the following conditions:

1. The policy must not be in the grace period.
2. The policy must be in force other than as extended term insurance.
3. For term insurance policies, there must be at least one year left before the final term expiry date.
4. You must submit a claim in writing to our Administrative Office in a form satisfactory to us.
5. Prior to the Accelerated Death Benefit payment, we will require from any assignee or irrevocable beneficiary a signed acknowledgment of agreement for such payment.
6. For joint last-to-die policies, a claim may be made under the rider only after the death of the first of the insured persons.
7. You may not be eligible for the Accelerated Death Benefit payment if we are notified that:
   a) you are required by law to elect this rider's benefit in order to meet the claims of creditors, whether in bankruptcy or otherwise; or
   b) you are required by a government agency to elect this rider's benefit in order to apply for, obtain, or keep a government benefit or entitlement.
8. You may request only one Accelerated Death Benefit payment per policy.
9. We may require examination of the insured person by our medical representatives at our expense as part of any proof to establish eligibility for benefits under this rider.

**When This Rider Terminates.** Prior to any Accelerated Death Benefit payment you may terminate this rider by providing written notice in a form satisfactory to us and returning the rider to our Administrative Office. The effective date of termination will be the date your request is received at our Administrative Office. Once this rider has been terminated, another Accelerated Death Benefit Rider cannot be attached to the policy.

This rider will terminate when the policy terminates. If at any time the amount of the lien equals the total death benefit, the policy will terminate. Termination will occur 31 days after we have mailed notice to the last known address of the owner, unless the full amount of the lien is repaid within 31 days of the notice.

### *AXA Equitable Life Insurance Company*

Karen Field Hazin, Vice President,
Secretary and Associate General Counsel

Christopher M. Condron,
Chairman and Chief Executive Officer

R06-70

# AMENDMENT TO APPLICATION

**SSC**

| Name of Proposed Insured or Annuitant | CHRISTOPHER M DAWSON | | | Application Dated FEB 15, 2007 |
|---|---|---|---|---|
| | First | Middle Initial | Last | |

Policy or Contract No. __PJ 107 003 744__   **HNL**

## TO AXA EQUITABLE LIFE INSURANCE COMPANY

The application is hereby amended by the undersigned in the following particulars:

MY ASSOCIATE HAS PROVIDED A PROPOSAL ILLUSTRATING THE
VALUES OF THE CONTRACT AS ISSUED.

This amendment is to be taken as a part of said application, subject to the agreement therein contained; said application and this amendment thus taken as a whole are to be considered as the basis for and as a part of the policy or contract. To the best of my knowledge and belief, in all other respects the statements and answers in the application continue to be, without material change, true and complete as of the date of this amendment.

Dated at _____ on _____
        (City)                          (State)

Signature of Purchaser if other than Applicant

Signature of Applicant
SGN - CHRISTOPHER M DAWSON

Agent: **D K INOUYE**

Agency: **HONOLULU**

180-237E App. Amendment.

☐ AXA Equitable Life Insurance Company
1290 Avenue of the Americas
New York, NY 10104

☐ MONY Life Insurance Company of America
1290 Avenue of the Americas
New York, NY 10104

**Application For Life Insurance Part I**
Form No. LIFEAPP-GV
(2005)

**❶ PROPOSED INSURED** (Print Name as it is to appear on the policy.) Please print in ink.

Proposed Insured
A. Full Name: First _Christopher_   M.I. _M_   Last _Dawson_   B. Gender: ☒ Male ☐ Female
C. Home Address: _____
   No. and Street                                                                    Bldg/Apt/Suite

   City/Municipality
   _Honolulu_   County/Parish _Honolulu_   State _HI_   Zip +4 Code _96821_
   (If address is a P.O. Box or not actual residence, proof of residence required.)

D. Home Phone No. _808-_   Best time to Call: _____   Best phone no. to be contacted: _808-_
E. Date of Birth: _63_   F. Place of Birth: _Hawaii_
   (Month/Day/Year)                                                        (State/County)
G. Marital Status: ☒ Single ☐ Married ☐ Widowed ☐ Divorced ☐ Separated   H. Soc. Sec. No. _____
I. Driver's Lic. No.: _____   State: _Hawaii_
J. U.S. Citizen? ☒ Yes ☐ No* If No, Country_____ U.S. Visa type_____ Passport # or U.S. Visa #_____ # of years in U.S.____
K. Currently employed? ☒ Yes ☐ No ☐ Retired
L. Current Occupation(s): (1) Title: _President_   (2) Duties _____   (3) How Long? _13 yrs_
   (If less than 1 year at current occupation, give previous in Remarks.)
M. Employer Name: _Dawson Group, INC._
N. Employer Address: _3375 Koapaka St Suite B200_   _Honolulu_   _HI_   _96819_
   No.& Street                                      City                        State        Zip +4 Code
O. Annual Earned Income (Income from occupation) $ _156000_   P. Net Worth $ _639 000_
   * If the Proposed Insured and/or policy owner is not a U.S. Citizen or U.S. Corporation, Partnership, or Trust established or organized under the laws of a state of the United States) then he, she or it may have to provide additional documentation, including IRS form W-8 BEN.

**❷ COVERAGE INFORMATION**

A. Plan of Insurance _20 year term: series 147_   Amount of Insurance $ _2 000 000_
   (If survivorship policy, complete an application for each Proposed Insured.   (If face amount is $2 million or larger complete Financial
   If VUL, must also complete VUL Supplement.                                    Supplement.)
   To select dividend options on EWL or Riders on all Non-VUL Plans
   complete Optional Benefits Supplement.)
B. Complete for UL or VUL only  (1) Death Benefit Option ☐ Option A   ☐ Option B
   (2) Planned Periodic Premium $_____
C. Definition of Life Insurance Test: Complete for AUL II, IL, IL COLI '04   ☒ Guideline Premium Test   ☐ Cash Value Accumulation Test
D. Premium Mode: ☐ Annual   ☐ Semi-Annual   ☐ Quarterly   ☒ Monthly
   Or
   System-Matic (Complete S-M form and check applicable box)   ☐ Quarterly (only available for UL and VUL)   ☒ Monthly
E. Salary Allotment (1) Unit Name _____   (2) Unit/Sub Unit. No. _____   (3) Unit Register Date _____
   (Specify Allotter name, if other than Insured, in Remarks.)
F. Date Policy to save Insured Age?   ☐ Yes   ☒ No
G. 1. Do you, the owner, intend to use or transfer the policy for any type of pre-death financial settlement, such as viatical settlement, senior settlement, life settlement, or for any other secondary market?   ☐ Yes   ☒ No
   2. Have you, the owner, or any Proposed Insured if other than the owner, in the past 5 years sold a policy to a life settlement, viatical, or other secondary market provider?   ☐ Yes   ☒ No
H. Any other life insurance now in effect or application now pending?   ☐ Yes   ☒ No
   (Give companies, amounts and policy numbers in Remarks.)
I. Will the coverage applied for replace or change any life insurance or annuities?   ☐ Yes   ☒ No   Is this a 1035 Exchange? ☐ Yes ☒ No
   If "Yes", complete: (If additional room is needed, please use Remarks Section.)
   Amount $_____ Company _____   Issue Year_____ Policy Number _____   ☐ Life ☐ Group ☐ Annuity
   Amount $_____ Company _____   Issue Year_____ Policy Number _____   ☐ Life ☐ Group ☐ Annuity
J. Is this a Term Policy/Rider Conversion or Purchase Option? ☐ Yes ☒ No   If "Yes", complete Term Policy/Rider or Purchase Option Supplement.
K. Complete if Proposed Insured is under age 15:
   a) State total amount of insurance in force on the life of applicant or child's parent, if greater $_____
   b) Are any other children in the family insured for a lesser amount? ☐ Yes ☐ No
   If "Yes" give details _____

**❸ BENEFICIARY/OWNER**

**A.** Beneficiary (Total designation must be 100%. Use Remarks section for additional Beneficiary information.)

Beneficiary Full Name      Relationship to Insured      Percentage

Primary: DONNE F DAWSON    SISTER    100%

KYLIE M. ARRELL    DAUGHTER    50%

Contingent:

**B.** Owner (The Owner of this policy is the Insured unless otherwise specified below. Enter name of successor owner in Remarks.)

Provide the Applicant's name, address and Taxpayer ID, if different from the Insured and Owner, in Remarks Section.

If the Owner is the Trust provide the name of the Trust.

Owner's Name: _____ Social Security # or TIN _____

Address: Street _____ City _____ State _____ Zip Code _____
(Billing notices will be sent to the Owner at this address unless otherwise directed in Remarks Section.)

U. S. Citizen? ☐ Yes ☐ No* If No, Country_____ U.S. Visa type_____ Passport # or U.S. Visa # _____ # of years in U.S._____

Relationship to Insured_____ Date of Birth _____

Name of Trustee_____ Date of Trust Agreement_____

* If the policy owner is not a U.S. Person (U.S. Citizen or U.S. Corporation, Partnership, or Trust established or organized under the laws of a state of the United States) then he, she or it may have to provide additional documentation, including IRS form W-8 BEN.

**❹ GENERAL INFORMATION (Proposed Insured)**

List details of all answers in the Remarks section.

| | | Yes | No |
|---|---|---|---|
| **A.** | Ever had a driver's license suspended or revoked, or within the last 5 years, been convicted of reckless or negligent driving or driving under the influence of alcohol or drugs? (If "Yes", include dates, types of violations, and reason for suspension or revocation in Remarks.) | ☐ | ☒ |
| **B.** | Any plans to travel or reside outside the United States? (If "Yes", complete Foreign Residence and Travel Supplement.) | ☐ | ☒ |
| **C.** | Have you been disabled for 2 or more weeks within the last 2 years? | ☐ | ☒ |
| **D.** | In the last year flown other than as a passenger or plan to do so? (If "Yes", complete Aviation Supplement.) | ☐ | ☒ |
| **E.** | Engaged within the last year or any plan to engage in motor racing on land or water, underwater diving, skydiving, ballooning, hang gliding, parachuting or flying ultra-light aircraft or other hazardous sports or hobbies? (If "Yes", complete Avocation Supplement.) | ☐ | ☒ |
| **F.** | Ever had an application for life or health insurance that was declined, required an extra premium or other modification? (If "Yes", state companies and provide full details in Remarks.) | ☐ | ☒ |
| **G.** | In the last 10 years, have you been convicted of, or pled "no contest" to a felony? (If "Yes" in "Remarks", state full details of offense and penalty, with dates.) | ☐ | ☒ |

**H.** Do you currently use any form of tobacco or nicotine product? ☐ Yes ☒ No   Type_____ Avg. Quantity # packs_____ Frequency_____

**I.** Have you ever used any form of tobacco or nicotine product? ☐ Yes ☒ No   Type_____ Date Ceased _____

**❺ MEDICAL INFORMATION (Proposed Insured) Please Note: Complete this section even if a paramedical or medical exam is being ordered.**

**A.** Height 5 Ft. 11 in.; Weight 195 lbs.

**B.** Personal Physician Name Edwin Yee M.D.

**C.** Address 2228 Liliha St. Suite 104, Honolulu, HI 96817

**D.** Date and Reason for Last Visit in the Last 5 Years 1/06 Physical Exam

**E.** What treatment was given or recommended? (If none, so state) NONE

Has Proposed Insured:

| | | Yes | No |
|---|---|---|---|
| **F.** | Ever had or been treated for heart trouble, stroke, high blood pressure, chest pain, diabetes, tumor, cancer, respiratory or neurological disorder? | ☐ | ☒ |
| **G.** | In the last 5 years, consulted a physician, or been examined or treated at a hospital or other medical facility? (Also include medical checkups in the last 2 years. Do not include colds, minor injuries or normal pregnancy.) | ☒ | ☐ |

**H.** In the last 10 years:

| | | Yes | No |
|---|---|---|---|
| 1. | Used, except as legally prescribed by a physician, tranquilizers, barbiturates or other sedatives; marijuana, cocaine, hallucinogens or other mood altering drugs; heroin, methadone or other narcotics; amphetamines or other stimulants; or any other illegal or controlled substances? (If "Yes", complete Substance Usage Supplement.) | ☐ | ☒ |
| 2. | Received counseling or treatment regarding the use of alcohol or drugs including attendance at meetings or membership in any self-help group or program such as Alcoholics Anonymous or Narcotics Anonymous? (If "Yes", complete Substance Usage Supplement.) | ☐ | ☒ |

**I.** In the last 10 years, been:

Diagnosed with, or treated for, Acquired Immune Deficiency Syndrome (AIDS) or AIDS-Related Complex (ARC) by a member of the medical profession?   ☐ Yes ☒ No

**J.**

| Family History | Age if Living | Cause of Death | Age at Death |
|---|---|---|---|
| Father | 85 | | |
| Mother | 77 | | |
| Sibling | 46, 49, 51 | | |

**❻ DETAILS OF ALL "YES" ANSWERS FOR MEDICAL INFORMATION**       (Attach additional sheet of paper if necessary;
and it must be signed and dated by the Proposed Insured, Owner, and financial professional.)

| Question No. | Illness, Treatment, and Number of Attacks (include specific diagnosis and medication) | Onset Date | Recovery Date | If disabled, How long? | Doctor, Clinic, or Hospital Complete Address, and Phone Number |
|---|---|---|---|---|---|
| 5 6 | Physical Exam | 1/06 | | | Edwin Yee 2228 Liliha St #104 Honolulu, HI 96817 808-536-3825 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**REMARKS**
Provide details for any of the questions, and any other additional remarks. If the owner is a Qualified Plan, please indicate the qualified plan and type here.

(Attach additional sheet of paper if necessary; and it must be signed and dated by the Proposed Insured, Owner, and financial professional.)

---

**❼ COMPLETE IF MONEY IS PAID WITH THE POLICY:**

Amount paid with this Application: $ _____

Has the undersigned read, signed and received a copy of the Temporary Insurance Agreement, and do they agree to the conditions of the Temporary Insurance Agreement, including:

(i)    the requirement that all of the conditions in that Agreement must be met before any temporary insurance takes effect, and

(ii)   the $1,000,000 insurance amount limitations, and

(iii)  that the Person Proposed for Insurance is at least 15 days of age and not older than 75 years of age?          ☑ Yes   ☐ No

If "No," or if any Person Proposed for Insurance has been diagnosed or treated for Acquired Immune Deficiency Syndrome (AIDS) or AIDS-Related Complex (ARC) by a member of the medical profession within the last 10 years or had cancer, a stroke, or a heart attack within the last year, a premium may not be paid before the policy is delivered.

**AGREEMENT.** Each signer of this application agrees that:

(1)  The statements and answers in all parts of this application are true and complete. We (the Company checked on page 1 of this application) may rely on them in acting on this application.

(2)  The Temporary Insurance Agreement states the conditions that must be met before any insurance takes effect if money is paid before the policy is delivered. Temporary Insurance is not provided for a policy or benefit applied for under the terms of a guaranteed insurability option or a conversion privilege.

(3)  Except as stated in the Temporary Insurance Agreement, no insurance shall take effect on this application: (a) until a policy is delivered and the full initial premium for it is paid while the person(s) proposed for insurance is (are) living; (b) before any Registered Date specified in this application; and (c) unless to the best of my (our) knowledge and belief the statements and answers in all parts of this application continue to be true and complete, without material change, as of the time the full initial premium is paid.

(4)  No financial professional or medical examiner has authority to modify this Agreement or the Temporary Insurance Agreement. Or to waive any of our rights or requirements. We shall not be bound by any information unless it is stated in Application Part 1 or Part 2 (Paramedical or Medical exam).

(5)  I acknowledge receipt of the Living Benefits Brochure (Accelerated Death Benefit Rider Brochure), where applicable.

☐ AXA Equitable Life Insurance Company       ☐ MONY Life Insurance Company of America

**ACKNOWLEDGEMENT OF UNDERWRITING PRACTICES**
I (we) acknowledge that I (we) have received a statement of the Underwriting Practices of the Company (ies) which describes from whom and why the Company (ies) obtains information on my (our) insurability, to whom such information may be reported and how I (we) may obtain it. The statement contains the notice required by the Fair Credit Reporting Act.

**AUTHORIZATIONS**

**TO OBTAIN HEALTH INFORMATION**
I (we) authorize any physician, hospital, clinic, medical practitioner, medical testing laboratory, pharmacy or other health care provider, health plan or insurance company (including our Company, with respect to other coverages), or any prescription drug or pharmacy benefit manager or administrator, and the Medical Information Bureau to disclose to the Company (ies) and its authorized representatives any and all information, whether fact or opinion, they may have about any diagnosis, treatment, prognosis, genetic test records, findings and/or results regarding my (our) past, present or future physical or mental condition.

**TO OBTAIN NON-HEALTH INFORMATION**
I (we) authorize any employer, business associate, government unit, financial institution, consumer reporting agency, the Medical Information Bureau, my (our) insurance agency and my (our) financial professional to disclose to the Company (ies) and its authorized representatives any information they may have about my (our) occupation, avocations, finances, driving record, character and general reputation. I (we) authorize the Company (ies) to obtain investigative consumer reports, as appropriate.

**PURPOSE OF AUTHORIZATIONS**
I (we) understand that the information obtained will be used by the Company (ies) to determine my (our) eligibility for life insurance coverage and such other uses specified in accordance with the Underwriting Practices attached to this application. In addition, information may be disclosed to the Medical Information Bureau (MIB) who, upon request, may disclose such information about you in its file to another member company with whom you apply for life or health insurance or to whom a claim for benefits may be submitted; when requested by a government agency; in connection with a legal or arbitration proceeding; or for other purposes as required or permitted by applicable law. If a policy is issued to me (us), this information may also be used in the future to administer my (our) policy and process claims made under the policy.

**COVERAGE CONDITIONS**
I (we) understand that the Company (ies) is conditioning the issuance of coverage on the provision of this authorization, and that, while I (we) may refuse to sign this authorization, my (our) refusal to do so could result in coverage not being issued.

**ADDITIONAL AUTHORIZATIONS**
You have advised me (us) that the Company (ies) may request additional authorizations in order to obtain the information the Company (ies) needs to complete its review of my (our) application and, if the policy is issued, in connection with any claim asserted under the policy. I (we) understand that I (we) am (are) not obligated to provide these additional authorizations but that, if I (we) choose not to provide them, this application and any claim made under the policy, if issued, may be rejected.

**DURATION**
Unless otherwise revoked, I (we) agree that this authorization will expire on the earlier of the date that the Company (ies) declines my application for coverage or, if a policy is issued, 24 months from the date of my (our) application. I (we) understand that I (we) may revoke my (our) authorizations at any time, except to the extent that the Company (ies) has taken action in reliance on this authorization, this application and any claim made under the policy, if issued, may be rejected. My (our) revocation must be submitted in writing to: Chief Underwriter of the Company checked above and on the front page of this application, 1290 Avenue of the Americas, New York, New York 10104.

**COPY OF AUTHORIZATIONS**
I (we) have a right to ask for and receive true copies of this Acknowledgement and Authorization Form and all other authorizations signed by me (us). I (we) agree that reproduced copies will be as valid as the original.

**FOR THE APPLICANT'S PROTECTION, THE LAWS OF CERTAIN STATES REQUIRE THIS NOTICE: ANY PERSON WHO, WITH INTENT TO DEFRAUD OR KNOWING THAT HE/SHE IS FACILITATING A FRAUD AGAINST AN INSURER, FILES AN APPLICATION OR CLAIM CONTAINING A FALSE OR DECEPTIVE STATEMENT AS TO ANY MATERIAL FACT MAY BE GUILTY OF INSURANCE FRAUD, WHICH MAY RESULT IN LOSS OF COVERAGE UNDER THIS POLICY AND MAY SUBJECT THE APPLICANT/CLAIMANT TO CRIMINAL PROSECUTION.**

---

SOCIAL SECURITY OR TAX I.D. NUMBER CERTIFICATION—UNDER THE PENALTIES OF PERJURY, I CERTIFY THAT (I) THE NUMBER SHOWING ON THIS FORM IS MY CORRECT TAXPAYER IDENTIFICATION NUMBER, AND (II) I AM NOT SUBJECT TO BACKUP WITHHOLDING BECAUSE (A) I AM EXEMPT FROM BACKUP WITHHOLDING OR (B) I HAVE NOT BEEN NOTIFIED BY THE INTERNAL REVENUE SERVICE (IRS) THAT I AM SUBJECT TO BACKUP WITHHOLDING AS A RESULT OF A FAILURE TO REPORT ALL INTEREST OR DIVIDENDS OR (C) THE IRS HAS NOTIFIED ME THAT I AM NO LONGER SUBJECT TO BACKUP WITHHOLDING, AND (III) I AM A U.S. RESIDENT ALIEN).

CERTIFICATION INSTRUCTIONS: You must cross out item (II) above if you have been notified by the Internal Revenue Service that you are currently subject to backup withholding because you have failed to report all interest or dividends on your tax return.

THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE YOUR CONSENT TO ANY PROVISIONS OF THIS DOCUMENT OTHER THAN THE CERTIFICATION REQUIRED TO AVOID BACKUP WITHHOLDING.

---

I (we), the undersigned, by my (our) signature(s) below understand that I (we) am (are) agreeing to all the terms and conditions of this application, including, but not limited to, the Acknowledgement and Authorization.

Dated at City   _HONOLULU_

State   _HAWAII_        Signature of Proposed Insured, Applicant, or parent or guardian, if Proposed Insured is a Child, Issue Ages 0-14

on   _2-15-07_       Signature of Owner or Applicant if not Proposed Insured
(If corporation, print firm's name and signature of authorized officer.)
(If trust, signature of trustee.)

**Financial Professional to complete this section:**

Will any existing insurance be replaced or changed (or has it been) assuming the insurance applied for will be issued?    ☐ Yes   ☒ No
(If "yes" give details_____)

I certify that I have asked and recorded completely and accurately the answers to all questions on the fully completed application Part 1, and know of nothing affecting the risk that has not been recorded herein.

     ☒ I have witnessed the signature required on fully completed Part 1      ☐ I have not witnessed the signature required on fully completed Part 1, (Explain below)

Signature of Licensed Financial Professional/Insurance Broker _____
Print Licensed Financial Professional's Name_ _DARIN K INOUYE_

AMIGV-2005                                      (4/06)   4

☐ AXA Equitable Life Insurance Company
1290 Avenue of the Americas
New York, NY 10104

☐ MONY Life Insurance Company of America
1290 Avenue of the Americas
New York, NY 10104

**Financial Supplement**
Form No. FIN-GV (2006)

## Financial Supplement Forming Part of the Application for Life Insurance

Name _Christopher Dawson_

☒ Proposed Insured
☐ Additional/Joint Insured

**Personal Financial Statement (For Personal Insurance)**

**1.    Balance Sheet**

| Current Assets | Amount | Current Liabilities | Amount |
|---|---|---|---|
| Liquid | $ 12,000 | Mortgages | $ 471,000 |
| Other (specify) Real Estate | $ 1,100,000 | Other (specify) _____ | $ _____ |
| Total | $ _____ | Total | $ _____ |
| | | Net Worth | $ 639,000 |

**2.    Income**

| | Earned Income | Unearned Income | | | | Total |
|---|---|---|---|---|---|---|
| | | Div/Interest | Rental Income | Pension/Soc Sec | Other-specify | |
| Current Year | $ 156,000 | $ | $ 12,000 | $ | $ | $ 168,000 |
| Last Year | $ 122,000 | $ | $ 12,000 | $ | $ | $ 134,000 |

3.    How was face amount determined?
State what formula was used (e.g., estimated fair market value, capitalization of earnings, etc.) If none, state none.
_Capitalization of future income, mortgage_

4.    Do you expect any changes greater than 15% in income or net worth in the next 12 months?    YES ☐    NO ☒
If "yes", explain

5.    Have you filed for bankruptcy in the past 5 years?    YES ☐    NO ☒
If "yes", chapter _____    Date Open _____    Date Closed _____

**Business Information (For Business Insurance)**

6.    Type of business:    ☐ Sole Proprietorship    ☐ Partnership    ☐ Corporation    ☐ Limited Liability Corporation
7.    Name of business _____    Nature of business _____
8.    How long has business been in operation? _____ years
9.    % of business owned _____ %
       Are all members of firm being similarly insured?    ☐ Yes    ☐ No
       a.    If "yes", provide details of business coverage issued or applied for on other members: (Use Separate Sheet if Necessary)

| Name | Position/Title | % Owned | Business Insurance in force/applied for |
|---|---|---|---|
| | | | |
| | | | |

       b.    If "no", explain reason _____

10.    Business finances for past 2 years:

| Year | Assets | Liabilities | Retained Earnings | Gross Sales | Net Profit |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |

11.    Has the business filed for bankruptcy and/or reorganization in the past 5 years?    YES ☐    NO ☐
If "yes", explain _____

**Other Information (For Personal and/or Business)**

12.    Do you intend to finance any of the premium required to pay for this policy through a financing or loan
agreement? (If Yes, submit a copy of the financing or loan agreement)    ☐ Yes    ☒ No

Check all of the following that apply and complete requested information:

☐ Loan _____ (% of premium) Identify Source of Loan _____
Loan Repayment Schedule _____
Describe the collateral used _____
☒ Cash _100_ (% of premium)
☐ Existing life insurance policy or contract _____ (% of premium)
☐ Existing Investments _____ (% of premiums) Identify Investment
Source _____

13.    Are you, the Owner, Proposed Insured, or any person or entity, being paid (cash, services, etc.)
as an inducement to enter into this transaction? (If Yes, describe the inducement) _____    ☐ Yes    ☒ No

14.    Please state the reason you are purchasing this policy (e.g., estate planning, business insurance, etc.)
_Mortgage protection , future insurability, family protection_

180-6004 (2006)    Cat. # 134000    E5810_core

**References (Personal and/or Business)**

| | | | |
|---|---|---|---|
| Attorney: | *CHENS MASHTA* | *1000 Bishop St #1200 Honolulu HI 96813* | *808521-4200* |
| | Name | Business Address | Telephone No. |
| Accountant: | *NISHCHAMA & FISHIDA* | *1001 BISHOP St. #1100 Honoluney, HI 96813* | *808-524-2255* |
| | Name | Business Address | Telephone No. |
| Other: | | | |
| | Name | Branch | Title of Account |
| | Name | Branch | Title of Account |

Have bankers, attorney and accountant been authorized to release information?    ☑ Yes    ☐ No

If "no", explain _____

I represent that the statements and answers in this Supplement are true and complete.

_____     *2. 15. 07*

Signature of Proposed Insured/Additional Joint Insured                Date

_____

Signature of Owner if other than Insured

_____

Signature of Licensed Financial Professional/Insurance Broker

**Application Part 2 To:** ☐ **AXA Equitable Life Insurance Company**

☐ **AXA Life and Annuity Company**

**PARAMEDICAL**    Reason for submission of this form: ☐ New Policy  ☐ Policy Change  ☐ Reinstatement

| 1: a. Proposed Insured | First Name | Middle Initial | Last Name | b. Height: 5 ft. 11 in. c. Weight: 190 lbs. |
|---|---|---|---|---|
| (Please Print) | Christopher | M. | Dawson | d. Birth Date: 62 |
| | | | | e. ☒ Male ☐ Female |

2. a. Name and address of personal physician (or medical facility used instead): (If none, so state) DR. Edwin Yee 2228 Liliha St. #104 Honl, HI 96819

b. Date and reason last consulted if within the last 5 years: 02/06 physcal exam #534-3828

c. What treatment was given or recommended? (If none, so state) none  S WNL-536

| (For all "Yes" answers to Questions 3-9, circle items that apply.) | Yes | No |
|---|---|---|
| 3. Has Proposed Insured ever had or been treated for: | | |
| a. Disease or disorder of eyes, ears, nose or throat? | ☐ | ☒ |
| b. Dizziness, fainting, convulsions; paralysis or stroke; psychiatric, psychological or emotional disturbance; mental or nervous disease or disorder? | ☐ | ☒ |
| c. Shortness of breath, blood spitting; bronchitis, asthma, emphysema, tuberculosis and other chronic respiratory disease or disorder? | ☐ | ☒ |
| d. Chest pain, palpitation, high blood pressure, rheumatic fever, heart murmur, heart attack or other disease or disorder of the heart or blood vessels? | ☐ | ☒ |
| e. Ulcer, hernia, colitis, intestinal bleeding; jaundice, hemorrhoids, or other disease or disorder of the stomach, intestines, liver or gallbladder? | ☐ | ☒ |
| f. Sugar, albumin, blood or pus in urine; stone or other disease or disorder of kidney or bladder? | ☐ | ☒ |
| g. Diabetes; cyst, tumor, or cancer; thyroid or glandular disorder; skin disease or disorder? | ☐ | ☒ |
| h. Neuritis, arthritis, gout, or disease or disorder of the muscles or bones, including the back, or joints? | ☐ | ☒ |
| i. Deformity, lameness or amputation? | ☐ | ☒ |
| j. Allergies; anemia; other blood or lymph disease or disorder? | ☐ | ☒ |
| k. Disorder of prostate, reproductive organs, breasts, menstruation or pregnancy? | ☐ | ☒ |
| 4. Is Proposed Insured now under observation or taking treatment? | ☐ | ☒ |
| 5. Has Proposed Insured, within the last 10 years, been: | | |
| a. Diagnosed by a member of the medical profession as having Acquired Immune Deficiency Syndrome (AIDS) or AIDS-Related Complex (ARC)? | ☐ | ☒ |
| b. Treated by a member of the medical profession for AIDS or ARC? | ☐ | ☒ |
| 6. Has Proposed Insured, within the last 10 years: | | |
| a. Used, except as legally prescribed by a physician, tranquilizers; barbiturates or other sedatives; marijuana, cocaine, hallucinogens or other mood-altering drugs; heroin, methadone or other narcotics; amphetamines or other stimulants; or any other illegal or controlled substances? | ☐ | ☒ |
| b. Received counseling or treatment regarding the use of alcohol or drugs? | ☐ | ☒ |
| 7. Has Proposed Insured's weight changed by more than 10 pounds in the last 6 months? | ☐ | ☒ |

| 8. Other than as stated in answers to Questions 2-6, has Proposed Insured, within the last 5 years: | Yes | No |
|---|---|---|
| a. Consulted or been examined or treated by any physician or practitioner? | ☐ | ☒ |
| b. Had any illness, injury, or surgery? | ☐ | ☒ |
| c. Been a patient in or been examined or treated at a hospital, clinic, sanatorium, or other medical facility? | ☐ | ☒ |
| d. Had electrocardiogram, X-ray, other diagnostic test? | ☐ | ☒ |
| e. Been advised to have any diagnostic test, hospitalization, treatment or surgery which was not completed? | ☐ | ☒ |
| 9. a. Has Proposed Insured, within the last 12 months: | | |
| (i) Smoked Cigarettes? | ☐ | ☒ |
| (ii) Used any other form of tobacco? (Give full details) | ☐ | ☒ |
| b. Has Proposed Insured, within the last 5 years: | | |
| (i) Smoked Cigarettes? | ☐ | ☒ |
| (ii) Used any other form of tobacco? (Give full details) | ☐ | ☒ |

| 10. Family History | Age if Living | Cause of Death | Age at Death |
|---|---|---|---|
| Father | 85 | | |
| Mother | 76 | | |
| Brothers/Sisters | 45, 47, 50 | | |

DETAILS FOR "YES" ANSWERS. Include: I. Question Number. II. Diagnosis and Treatment. III. Results. IV. Dates and Duration. V. Names and Addresses of all attending physicians and medical facilities. (If additional space is needed, please attach a separate sheet, dated, signed and witnessed as below.)

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

The above statements and answers are true and complete to the best of my knowledge and belief. I agree that such statements and answers shall be part of the application for insurance or request for policy change or reinstatement, as the case may be. The Insurer may rely on them in acting on the application or making the policy change or reinstatement.

Dated at Honl, HI on 02, 16, 09 X _____
City    State    Mo.  Day  Yr.    *Signature of Proposed Insured

Witness (Must be Examiner): _____

180-225D    E5721_4    CAT. #125230

# *TERM LIFE INSURANCE POLICY*

**AXA Equitable Life Insurance Company**

**1290 Avenue of the Americas, New York, NY 10104**

This is a renewable term insurance policy. Coverage is renewable until the Final Term Expiry Date. **Premiums are level for the first twenty policy years and then generally increase annually in subsequent policy years. All premiums are guaranteed.** Premiums are payable to the Final Term Expiry Date or until earlier death. There is a Conversion Privilege as described in the policy. This is a non-participating policy.

147-20