# EXHIBIT B

EQUITABLE FINANCIAL LIFE INSURANCE COMPANY
P.O. BOX 1047
CHARLOTTE, NC 28201-1047

RETURN SERVICE REQUESTED



Check No.     12141939
Check Date     10/08/2025
Check Amount     $1,047,965.00
Policy Number     107003744



FOR INQUIRIES, PLEASE CONTACT
1-800-777-6510

E3-000001 0004 0002 000002
DONNE F L DAWSON
███████████
HONOLULU, HI 96817

| Date | Number | Description | Amount |
|---|---|---|---|
| 10/07/2025 | 12141939 | BASIC DEATH BENEFIT | $2,000,000.00 |
| 10/07/2025 | 12141939 | VOLUNTARY INTEREST | $48,000.00 |
| 10/07/2025 | 12141939 | FEDEX FEE | $35.00- |
| 10/07/2025 | 12141939 | AMOUNT DUE TO OTHER BENEFICIARY | $1,000,000.00- |
|  |  | SEND CHECK BY FEDEX TO PAYEE @ ADDRESS ON THE CHECK | |
|  |  | INTEREST RATE PAID AT 6% FROM 12/19/2024 TO 10/07/2025 | |
|  |  | **TOTAL** | **$1,047,965.00** |

Page 1 of 3

↓ PLEASE FOLD ON PERFORATION AND DETACH HERE ↓

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. ■ CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

EQUITABLE FINANCIAL LIFE INSURANCE COMPANY
P.O. BOX 1047
CHARLOTTE, NC 28201-1047

EQUITABLE

12141939
October 08, 2025
51-44/119
VOID AFTER 180 DAYS

Amount: **One Million Forty-Seven Thousand Nine Hundred Sixty-Five dollars and 00 cents**

**$1,047,965.00**

Pay to the order of    DONNE F L DAWSON

Bank of America N.A.
Hartford, CT

_____
AUTHORIZED SIGNATURE

DEATH CLAIM

⑆00121419390⑆ ███████████



**New York State Residents Fraud Warning:** "Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation."

**Alabama, Arkansas, Louisiana, Maryland, New Mexico, Rhode Island, Texas, West Virginia:** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to civil and criminal penalties, including fines and confinement in prison.

**Alaska and New Hampshire:** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided under state law.

**Arizona:** For your protection, Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**California:** For your protection California law requires the following to appear on this form. Any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

**Delaware, Florida, Idaho, Indiana, and Oklahoma:** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia, Maine, Tennessee, Virginia and Washington:** WARNING: It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company or any other person. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Kentucky and Pennsylvania:** Any person who knowingly and with the intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and may be subject to criminal and civil penalties.

**Minnesota:** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Jersey:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**Ohio:** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oregon and All Other States:** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement that is material to the interests of an insurer may be guilty of insurance fraud.

**Puerto Rico:** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand (5,000) dollars and not more than ten thousand (10,000) dollars, or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

 

Equitable
PO Box 1047
Charlotte, NC 28201-1047
800-777-6510

Please accept our deepest condolences for your loss. We hope that the enclosed benefit provides some immediate assistance during this difficult time.

As a general rule, proceeds from a life insurance policy are not taxable. However, interest paid in the claim could be reportable to the Internal Revenue Service. Questions regarding reportable interest should be referred to your Tax Consultant.

To further assist you, we invite you to visit our website, www.equitable.com/beneficiary, where a number of helpful resources are accessible online. Many beneficiaries have found it of value to review their financial concerns with a Financial Professional from our affiliate, Equitable Advisors LLC.(member FINRA, SIPC) (Equitable Financial Advisors in MI and TN). You may arrange that contact through the website as well.

For over 150 years, Equitable has proudly served the needs of our clients and beneficiaries. As providers of competitive financial products, our reputation for professionalism and integrity is unchallenged. We would welcome the opportunity to serve you. Please contact us at any time.

Sincerely,

*Morgan Clark*

Morgan Clark
Director – Claims

GE-6192511.1(01/24)(exp.01/26)

Equitable is the brand name of Equitable Holdings, Inc. and its family of companies, including Equitable Financial Life Insurance Company (NY, NY) (Equitable Financial) and Equitable Financial Life Insurance Company of America (Equitable America), an AZ stock company with an administrative office located in Charlotte, NC, issuers of life insurance and annuities, and Equitable Distributors, LLC. The subsidiaries of Equitable Holdings, Inc. do not provide tax or legal advice or services. GE-6192511.1(01/24)(exp.01/26)

Starting Sequence No: 1
Quantity: 1

Origin ID: MEOA  (000)000-0000
Venture Solutions

1803 N Rocky River Rd.
Monroe, NC 28110 US

Ship Date: 08OCT25
Actual Wgt: 1.00LB
BILL THIRD PARTY
System#: 833252/FXRS2006

TO: DONNE F L DAWSON

HONOLULU, HI 96817   US
(000)000-0000 REF:
INV:    PO:




FedEx
Express

E

HP-PX-2348

TRK# 4839 3032 2556
0201

FRI - 10 OCT PM
** 2DAY **
96817
HI-US   HNL

SX EHONG



E3-000001 0004 0001 000001


