# **EXHIBIT C**

 **EQUITABLE**                **Contract Information Report: 107003744**

**Client Information**
Christopher M Dawson
HONOLULU
HI 96814

Insured: Christopher M Dawson
Insured Date of Birth: 963
Insured Designation: MALE

**General Information**
Product: EQUITABLE TERM 20, Series EQUITABLE TERM 20
Register Date: 05/01/2007
Status: LAPSED

Bene Designation: DONNE F DAWSON, SINGLE SUM SISTR
Bene Designation: 2NDARY BENE

**Policy Values**
Information as of: 07/14/2025
Face Amount: 2,000,000

**Features**
Rider Name: POL ISSUED WITH LBR2
Rider Amount/Units:

**Premium Information**
Billed Premium: 183.42
Mode: MONTHLY
Billing Type: SYSTEM-MATIC

Premium Paid To Date: 02/01/2025
Systematic Account #: XXXXXX7124

**Your Financial Professional**
S CRM HONOLULU

This report is not the official record of your policy and is for informational purposes only. It does not include a complete description of your policy's terms, conditions, and limitations. Please refer to the policy, prospectus, and prospectus supplements, if applicable, for complete information, and in the event of a conflict, the policy will govern. The information contained within this report reflects policy values as of the dates indicated and is subject to updates and corrections. Your Equitable account statements are the official record of your policy. Therefore, if there are any discrepancies between this report and your account statements, you should rely on your account statements. You may also contact your financial professional with any questions.



**EQUITABLE ADVISORS**

Brian Gibson
Regional Vice President
Retirement Benefits Group
CA Insurance Lic. # 4071203
M: 978.406.3735  T: 808.441.5148  F: 808.538.1048
brian.gibson@equitable.com

1003 Bishop St, Suite 1450, Suite 1450
Honolulu, HI 96813

Date Printed: 07/14/2025



**EQUITABLE ADVISORS**

Hi Donne,

My name is Brian Gibson, from Equitable Advisors. I know this letter is unexpected, and will likely be a surprise, but I hope it's a shining light in a dark situation.

I was prepping lists for my new advisors, and I found this on my list. I'm at least surface aware of the situation, but please see the included statement. This is a valid policy, you are the sole beneficiary, and I'd love to assist you with the claim. please feel free to reach out.

Sorry again for your loss.

Brian Gibson
808-441-5748