DAMAN & ASSOCIATES
ATTORNEYS

369 LEXINGTON AVE, THIRD FLOOR
NEW YORK, NEW YORK 10017 (VIRTUAL OFFICE*)

TELEPHONE (646) 556-6649 ♦ FACSIMILE (424) 645-0754
*BY APPOINTMENT ONLY

JEFFREY K. DAMAN, ESQ.

*ADMITTED TO PRACTICE IN NEW YORK, NEW JERSEY AND PENNSYLVANIA*

**July 9, 2026**

**VIA ECF/CM ELECTRONIC FILING**

**MEMO ENDORSED**

Honorable Jeannette A. Vargas
United States District Court Judge
United States District Court for the Southern District of New York

Re: Dawson v. Equitable Holdings, Inc., et al., Case No. 26-cv-01026 (JAV)

Dear Judge Vargas:

I am counsel of record in the above-captioned case for Third-Party Defendant Kylie Putman a/k/a Kylie Arrell ("Ms. Arrell"). I write today requesting that the Initial Conference, which was rescheduled to August 13, 2026 by the Court's Order (ECF No. 29) be deferred to the following week, as I have a conflict with the presently scheduled time.

I have consulted with counsel for the other parties in this case and they have agreed to the proposed rescheduling. Counsel for all three parties are available the following week on August 17, 2026, and accordingly I request that the Initial Conference be rescheduled for that date. If that does not work for the Court, counsel are also all available on August 24th of the week following.

If the Court grants this request, the associated Civil Case Management Plan deadline would be moved to remain one week before the Initial Conference.

This request is made in good faith and is not made for the purposes of delay. As indicated above, counsel for all parties have consented.

Respectfully submitted:

Jeffrey K. Daman, Esq.
Daman and Associates, LLP
Counsel for Third-Party Defendant Kylie Arrell

The request for adjournment is GRANTED. The Initial Pretrial Conference previously scheduled for August 13, 2026 is adjourned to August 20, 206 at 12:30 pm. Accordingly, the joint letter and proposed Case Management Plan as described in ECF No. 20 are due August 13, 2026. The Clerk of Court is directed to terminate ECF No. 30.

SO ORDERED.

JEANNETTE A. VARGAS
United States District Judge

Dated: July 8, 2026

## CERTIFICATE OF SERVICE

I, Jeffrey Daman, certify that on July 8, 2026, a true and correct copy of my letter requesting that the Initial Conference be rescheduled was filed with the Clerk of Court using the Court's CM/ECF system. Such filing will serve all counsel of record who are registered CM/ECF users by Notice of Electronic Filing.

Dated: July 8, 2026

By: /s/ *Jeffrey K. Daman*____
Jeffrey K. Daman, Esq.