SCHAERR
JAFFE LLP

MEMO ENDORSED

July 17, 2026

VIA ECF

The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Dawson v. Equitable Holdings, Inc.*, No. 1:26-CV-1026 (JAV)
Consent Motion to Adjourn Initial Conference

Dear Judge Vargas:

Plaintiff Donne Dawson respectfully requests that the Court adjourn and reschedule the initial conference, which is currently scheduled for August 20, 2026. *See* ECF No. 31. The parties have conferred, and all parties consent to this request. Additionally, the parties have conferred, and they are available to participate in the initial conference on any of the following dates: August 19, 24, 25; September 9, 10, 11, with a preference for August 19 if that date is available for the Court.

There is good cause to grant this request. On April 15, 2026, the Court scheduled the initial conference for July 7, 2026. *See* ECF No. 20. On June 26, 2026, Ms. Dawson requested that the Court adjourn the initial conference to allow time for Kylie Arrell to file her response to the third-party complaint Defendant Equitable filed against her. *See* ECF No. 22. The Court granted that motion, and the initial conference was rescheduled for August 6, 2026. *See* ECF No. 29. Thereafter, Ms. Arrell filed a consent motion to adjourn the initial conference due to a scheduling conflict. *See* ECF No. 30. The Court granted that motion and rescheduled the initial conference for August 20, 2026. *See* ECF No. 31.

Counsel for Ms. Dawson are unavailable to participate in the initial conference on August 20, 2026, due to previously scheduled travel out of state. Accordingly, Ms. Dawson respectfully requests that the Court adjourn the initial conference and reschedule it for a date when her counsel can participate. As noted, the parties have conferred and they are available for an initial conference on any of the following dates: August 19, 24, 25; September 9, 10, 11.

Respectfully submitted,

/s/ H. Christopher Bartolomucci
H. Christopher Bartolomucci (*pro hac vice*)
(D.C. Bar No. 453423)
Brian J. Field (*pro hac vice*)
(D.C. Bar No. 985577)
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Facsimile: (202) 776-0136
cbartolomucci@schaerr-jaffe.com
bfield@schaerr-jaffe.com

*Counsel for Plaintiff*

cc's: All Counsel of Record (via ECF)

Plaintiff's request to reschedule the Initial Pretrial Conference is GRANTED. The Initial Pretrial Conference previously scheduled for August 20, 2026 will now be held on August 19, 2026 at 12:30 pm. Accordingly, the joint letter and proposed Case Management Plan as described in ECF No. 20 are due August 12, 2026. The Clerk of Court is directed to terminate ECF No. 35.

SO ORDERED.

Dated: July 20, 2026

Jeannette Vargas
JEANNETTE A. VARGAS
United States District Judge