UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNE DAWSON,

Plaintiff,

-v-

EQUITABLE HOLDINGS, INC.; and EQUITABLE FINANCIAL LIFE INSURANCE CO.,

Defendants.

EQUITABLE HOLDINGS, INC.; and EQUITABLE FINANCIAL LIFE INSURANCE CO.,

Counter-Claimants/Third-Party Plaintiffs,

-v-

DONNE DAWSON; and KYLIE PUTMAN,

Counter-Defendants/Third-Party Defendants.

KYLIE PUTMAN,

Counter-Claimant,

-v-

DONNE DAWSON; EQUITABLE HOLDINGS, INC.; and EQUITABLE FINANCIAL LIFE INSURANCE CO.,

Counter-Defendants.

26-CV-01026 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

On August 6, 2026, Counter-Defendant Equitable Financial Life Insurance Company filed a motion to dismiss Third-Party Defendant Kylie Putnam's Counterclaims, ECF No. 34, under Rule 12(b) of the Federal Rules of Civil Procedure. ECF No. 40. Under Rule 15(a)(1)(B), a party has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the counterclaim once as a matter of course.

Accordingly, it is hereby ORDERED that, pursuant to Rule 5.I of this Court's Individual Rules and Practices in Civil Cases, by **August 17, 2026**, the non-moving party must notify the Court whether it intends to file an amended pleading or rely on the pleading being attacked.

If Third-Party Defendant/Counter-Claimant elects to amend the counterclaim, Third-Party Defendant/Counter-Claimant shall file any amended counterclaim by **August 27, 2026**. Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended pleading should be filed with a redline showing all differences between the original and revised filings. Third-Party Defendant/Counter-Claimant is on notice that there will likely not be any further opportunity to amend to address issues raised by the motion to dismiss.

If Third-Party Defendant/Counter-Claimant does amend, by three (3) weeks after the amended counterclaim is filed, Counter-Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss. If Counter-Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Counter-Defendant files a new motion to dismiss or indicates that it relies on its previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

If Third-Party Defendant/Counter-Claimant elects not to amend the pleadings, Third-Party Defendant/Counter-Claimant shall file any opposition to the motion to dismiss by **August 27, 2026**. Counter-Defendant's reply, if any, shall be filed by **September 3, 2026**.

SO ORDERED.

Dated: August 12, 2026
New York, New York

Jeannette Vargas

JEANNETTE A. VARGAS
United States District Judge